# ATTACHMENT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| TECHNOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | CASE NO. 2:10-CV-341-UA-DNF |
| v. | § § | |
| NSTEIN TECHNOLOGIES, INC. AND OPEN TEXT CORPORATION | § § § | JURY DEMANDED |
| Defendants. | § § | |

**DECLARATION OF SCOTT S. CROCKER IN SUPPORT
OF DEFENDANTS NSTEIN TECHNOLOGIES, INC.'S AND
OPEN TEXT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Scott S. Crocker, make the following declaration based on my own personal knowledge. This declaration is being made in support of Defendants Nstein Technologies, Inc.'s ("Nstein") and Open Text Corporation's ("Open Text") Motion for Summary Judgment (the "Motion").

1. I am a partner in the law firm of Sprinkle IP Law Group, P.C., and counsel for Nstein and Open Text in the instant case.

2. Attached to the Motion as Exhibit A is a true and correct copy of United States Patent No. 6,829,613 (the "'613 Patent").

3. Attached to the Motion as Exhibit B is a true and correct copy of the excerpts referenced in the Motion of the transcript of the deposition of Michael L. Weiner taken on July 6, 2012, in the instant case.

4. Attached to the Motion as Exhibit C is a true and correct copy of "Exhibit 4" to the deposition of Michael L. Weiner taken on July 6, 2012, which is a chart setting

out TILLC's original claim constructions provided to Nstein on May 11, 2011, and TILLC's current claim constructions, provided to Nstein on July 5, 2012.

5. Attached to the Motion as Exhibit D is a true and correct copy of Plaintiff's original response to Nstein's Interrogatory No. 1, contained in Plaintiff Technology Innovations, LLC's Responses and Objections to Defendant Nstein Technologies, Inc.'s First Set of Interrogatories, served on May 11, 2011.

6. Attached to the Motion as Exhibit E is a true and correct copy of Plaintiff's amended responses to Nstein's Interrogatory Nos. 1 and 2, contained in Plaintiff Technology Innovations, LLC's First Amended Answers to Defendant Nstein Technologies, Inc.'s Interrogatories Nos. 1-3, served by email at 3:21 on July 5, 2012.

7. Attached to the Motion as Exhibit F are redacted copies of "Exhibit E" and "Exhibit F" to Plaintiff Technology Innovations, LLC's First Amended Answers to Defendant Nstein Technologies, Inc.'s Interrogatories Nos. 1-3, served by email at 3:21 on July 5, 2012, which are referenced in the answers. Defendants have redacted Nstein's confidential information from these exhibits.

8. Attached to the Motion as Exhibit H is a chart setting out the currently proposed claim constructions of Plaintiff TILLC and Defendants Nstein and Open Text.

9. Attached to the Motion as Exhibit I is a true and correct copy of United States Patent No. 6,026,388 (the "'388 Patent").

10. Attached to the Motion as Exhibit J is a true and correct copy of the Utility Patent Application Transmittal No. 10/137,740, including "Appendix A (30 pages) – 'Guard-it' Document," filed April 30, 2002 received from REEDFAX as part of the file history of the '613 Patent.

11.    Attached to the Motion as Exhibit K is a true and correct copy of the Declaration of Michael Weiner in Support of Petition for Filing Patent Application Under 37 CFR § 1.47(b): Application by Assignee When a Sole Inventor Refuses to Sign or Cannot be Found, dated September 24, 2003.  Attached to the Motion as Exhibit L is a true and correct copy of the complete submission to which Exhibit K is a part – namely TILLC's Response to Decision on Petition from Utility Patent Application Transmittal No. 10/137,740, dated September 24, 2003, including exhibits, received from REEDFAX as part of the file history of the '613 Patent.

12.    Nstein provided the source code for the latest version of DAM, WCM, 3S and TME on a laptop which was made available to TILLC's counsel and expert on February 10, 2012, at our offices.  TILLC's counsel and its expert began reviewing the source code that day.  TILLC's expert returned on multiple occasions over the next several weeks to continue his inspection.  TILLC's expert printed off selected portions of the source code during these visits.

13.    On August 13, 2012, the source code for the latest version of OTSN (the renamed 3S product) was made available to TILLC's counsel and expert on the same laptop at our offices.  TILLC's expert returned to our offices in September to review this code.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct.

Executed this 16th day of November, 2012, at Austin, Texas.

_____
Scott S. Crocker