# ATTACHMENT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

| | | |
|---|---|---|
| TECHNOLOGY INNOVATIONS, LLC | § § § | |
| Plaintiff, | § § | CASE NO. 2:10-CV-341-CEH-DNF |
| v. | § § | |
| NSTEIN TECHNOLOGIES, INC., and OPEN TEXT CORPORATION | § § § | JURY DEMANDED |
| Defendant. | § § | |

### DECLARATION OF AGOSTINO DELIGIA

I, Agostino Deligia, make the following declaration, based on my own personal knowledge. This declaration is being made in support of Defendants Nstein Technology, Inc.'s and Open Text Corporation's Motion for Summary Judgment (the "Motion").

#### I. Introduction

1. I currently serve as Lead Architect, R&D, at the Montreal (NSTEIN) office of Open Text Corporation ("Open Text"). I have been in that position since Open Text acquired Nstein Technologies, Inc. ("Nstein") in 2010. From the beginning of 2009 until the acquisition by Open Text, I served as Chief Architect at Nstein. Prior to 2009, I was Senior Software Developer and worked on the Web Content Management (WCM) and Text Mining Engine (TME) products. In both my current position and in my previous position, I am familiar with and have knowledge of the functionality of the Nstein products listed in the next paragraph.

2. I understand that the following Nstein products have been accused of infringing United States Patent No. 6,829,613 (the "'613 Patent") in the above referenced lawsuit: (i) Digital Asset Management (DAM); (ii) Web Content Management (WCM); (iii) Semantic Site Search (3S); and (iv) Text Mining Engine (TME). For convenience, I will collectively refer to DAM, WCM, 3S and TME as the "Accused Products."

3. Following the acquisition, the 3S product was renamed Open Text Semantic Navigation (OTSN) and the TME product was renamed Open Text Content Analytics (OTCA).

## II. Digital Asset Management (DAM)

4. The DAM product is a digital asset management system, which includes a central repository/database for a company's digital assets (e.g., articles, press releases, photographs, videos, etc.) and a platform for storing, archiving, retrieving and publishing such digital assets.

5. The DAM product allows users to search for the stored digital assets/documents by submitting queries. The actual search is performed by a third party search engine, such as TEXTML Server.[1] After the user enters his query, the DAM product uses an interface provided by the third party search engine to request that the search engine perform a search and return the results to the DAM product. The search engine receives the request from the DAM Product, performs the requested search and returns a programming object called "ResultSpace" to the DAM product.

---

[1] The last version of DAM, Version 4.2, is configurable to work with multiple third party search engines. Version 3.0, which was released on or about March of 2008, worked only with TEXTML Server.

The ResultSpace object contains references to the locations where assets/documents that met the search criteria are stored.

6. The DAM product takes a number of the references (e.g., 20) from the ResultSpace and uses the interface provided by the third party search engine to request from the search engine a "document object" for each of the selected document references. A "document object" includes a collection of data about the asset/document that the DAM product uses to create a search results screen for the DAM user interface (UI) (e.g., type of asset/document, name, preview (or thumbnail for pictures), title, Source ID and description). The search engine provides the DAM product with a "document object" for each of these document references.

7. The DAM product takes the data from these document objects and creates the search results user interface screen, which is then presented to the user. The search results user interface screen contains data about the assets/documents (e.g., title, article type, document ID No.), not the assets/documents themselves.

8. If the user clicks on one of the "results" on the search results user interface screen, the DAM product uses the interface provided by the third party search engine to again request a "document object" for that specific asset/document. When the DAM product receives the new "document object" for the requested document from the search engine, it retrieves the asset/document using the "document object" and presents the asset/document to the user in the DAM user interface for document viewing.

9. The DAM product does not determine if presenting the user with the search results returned from the third party search engine would violate a predefined

security policy. The DAM product does not access, reference, utilize, review or check any security policy before (i) requesting "document objects" for the document references contained in the ResultSpace object returned by the third party search engine in response to a submitted user query; (ii) creating the search results user interface screen of the DAM program using the information from the "document objects" returned by the third party search engine; (iii) displaying the search results to the user; or (iv) fulfilling the user's subsequent request, via clicking on a link on the results screen, to view one of the assets/documents referenced on the search results user interface screen.

### III. Web Content Management (WCM)

10. The Web Content Management product is a template-based Web publishing application that allows an organization to publish its content onto the organization's website.

11. The WCM product provides certain search capabilities to both internal users of the product (e.g., the employees of the organization running the website) and the visitors of the website. Like the DAM product, the WCM product utilizes third party provided search engines (e.g., TEXTML, MySQL search engine or the SOLR search engine from Apache) to run the searches for the assets/documents to be searched.

12. As with the DAM product, the WCM product does not determine if providing the user/visitor with the search results returned from the search engine would violate a predefined security policy. The WCM product does not access, reference, utilize, review or check any security policy in determining whether or not to display search results to users/visitors or to fulfill the user's/visitor's subsequent request to view

any of the assets/documents referenced (*i.e.*, linked) on the search results page (via clicking on the links embedded in the information provided about the documents).

### IV. Semantic Site Search/Open Text Semantic Navigation (3S/OTSN)

13. The Semantic Site Search/Open Text Semantic Navigation product provides companies with the ability to offer search capabilities that can be utilized by visitors to the companies' websites. As with the DAM and WCM products, the 3S/OTSN product also uses third party software to perform the actual searches for the assets/documents..

14. The 3S/OTSN product does not determine if providing the user/visitor with the search results returned from the search engine would violate a predefined security policy. The 3S/OTSN product does not access, reference, utilize, review or check any security policy in determining whether to display search results to users/visitors or to fulfill the user's/visitor's subsequent request to view any one of the assets/documents linked on the search results page.

### V. Text Mining Engine/Open Text Content Analytics (TME/OTCA)

15. The Text Mining Engine/Open Text Content Analytics product does not offer search capability or present search results to a user in response to a search query. It can work with the other three products mentioned above to provide such products with enriched data about the stored assets/documents.

16. As the TME/OTCA product does not provide search results to a user of the product, it does not determine if displaying such search results would violate a predefined security policy.

17. None of the Accused Products review the search results returned from the third party search engine to determine whether presenting the search results to the user would violate a security policy.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 16th day of November, 2012, at Montreal, Quebec, Canada.

_____
AGOSTINO DELIGIA