# EXHIBIT   B

Technology Innovations vs. Nstein Technologies
7/6/2012                                              Michael L. Weiner

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF FLORIDA
                   FORT MEYERS D IVISION

TECHNOLOGY INNOVATIONS,    )
LLC                        )
                           )
    Plaintiff,             )
                           )
VS.                        )   CASE NO. 2:10-CV-341-UA-DNF
                           )
NSTEIN TECHNOLOGIES,       )
INC.,                      )
                           )
    Defendant.             )
```

                ORAL VIDEOTAPED DEPOSITION OF

     MICHAEL L. WEINER, DESIGNATED CORPORATE REPRESENTATIVE

                  OF TECHNOLOGY INNOVATIONS, LLC

                          July 6, 2012

     ORAL VIDEOTAPED DEPOSITION OF MICHAEL L. WEINER,
DESIGNATED CORPORATE REPRESENTATIVE OF TECHNOLOGY
INNOVATIONS, LLC, produced as a witness at the instance
of the Defendant and duly sworn, was taken in the
above-styled and numbered cause on the 6th day of July,
2012, from 10:19 a.m. to 6:16 p.m., before
PEGGY C. DONNELL, RMR, CSR in and for the State of
Texas, reported by machine shorthand at the offices of
Polasek, Quisenberry & Errington, L.L.P., 6750 West Loop
South, Suite 920, Bellaire, Texas  77401, pursuant to
the Federal Rules of Civil Procedure and the provisions
stated on the record or attached hereto.

```
                                                               2
 1                      A-P-P-E-A-R-A-N-C-E-S

 2   FOR THE PLAINTIFF:

 3       Mr. Douglas H. Elliott
         POLASEK, QUISENBERRY & ERRINGTON, L.L.P.
 4       6750 West Loop South, Suite 920
         Bellaire, Texas  77401
 5       Telephone: (832) 778-6000 - Fax: (713) 485-3511
         E-mail: delliott@pqelaw.com
 6

 7   FOR THE DEFENDANT:

 8       Mr. Scott S. Crocker (Pro Hac Vice)
         SPRINKLE IP LAW GROUP, PC
 9       1301 W. 25th Street, Suite 408
         Austin, Texas  78705
10       Telephone: (512) 637-9220 - Fax: (512) 371-9088
         E-mail: scrocker@sprinklelaw.com
11
     ALSO PRESENT:
12
         Mr. Peter Jennings, Videographer
13

14

15

16

17

18

19

20

21

22

23

24

25
```

Technology Innovations vs. Nstein Technologies
7/6/2012                                                Michael L. Weiner

197

1  anything from a single PC to a large network.  If you're
2  controlling a secure domain, that's a boundary
3  controller.  If you're not controlling it, it's
4  something else.
5      Q.    There's no control going on, right?
6      A.    No.  There's a -- there is the destination
7  control that we talked about earlier.
8      Q.    What is a destination control?
9      A.    Well, the -- you and I had some conversations
10 about recipient being a destination or prospective
11 target for a message being transmitted.  That's
12 different than whether or not a document goes across a
13 secure domain.  They're separate.  The patent teaches
14 both.  The patent claims both.  We're not enforcing
15 security in this patent.  But I'm probably saying much
16 more than I need to.
17            MR. CROCKER:  Let's go ahead and change
18 tapes.
19            THE VIDEOGRAPHER:  The time is 5:04
20 p.m.  We're going off the record, ending Tape 6.
21            (Recess taken.)
22            THE VIDEOGRAPHER:  The time is 5:15 p.m.
23 We're back on the record, beginning Tape 7.
24      Q.    (BY MR. CROCKER)  Mr. Weiner, we can go through
25 the remainder of the definitions from Exhibit 2

Technology Innovations vs. Nstein Technologies
7/6/2012                                                    Michael L. Weiner

                                                                        237

1           IN THE UNITED STATES DISTRICT COURT
             FOR THE MIDDLE DISTRICT OF FLORIDA
2                    FORT MEYERS DIVISION

3    TECHNOLOGY INNOVATIONS,    )
     LLC                        )
4                               )
         Plaintiff,             )
5                               )
     VS.                        )   CASE NO. 2:10-CV-341-UA-DNF
6                               )
     NSTEIN TECHNOLOGIES,       )
7    INC.,                      )
                                )
8        Defendant.             )

9

10                  REPORTER'S CERTIFICATE

11              ORAL VIDEOTAPED DEPOSITION OF

12   MICHAEL L. WEINER, DESIGNATED CORPORATE REPRESENTATIVE

13              OF TECHNOLOGY INNOVATIONS, LLC

14                     July 6, 2012

15

16      I, Peggy C. Donnell, RMR, Certified Shorthand

17   Reporter in and for the State of Texas, hereby certify

18   to the following:

19      That the witness, MICHAEL L. WEINER, DESIGNATED

20   CORPORATE REPRESENTATIVE OF TECHNOLOGY INNOVATIONS, LLC,

21   was duly sworn by the officer and that the transcript of

22   the oral deposition is a true record of the testimony

23   given by the witness;

24      That the deposition transcript was submitted on

25   _____ to the witness or to the attorney

                    Alpha Reporting Services
              DALLAS, TEXAS (888) 667-DEPO

Technology Innovations vs. Nstein Technologies
7/6/2012                                                    Michael L. Weiner

238

1  for the witness for examination, signature and return to
2  me by _____.
3       That the amount of time used by each party at the
4  deposition is as follows:
5       Mr. Douglas H. Elliott (none)
           Attorney for the Plaintiff
6       Mr. Scott S. Crocker (six hours, 27 minutes)
           Attorney for the Defendant
7
8       That pursuant to information given to the
9  deposition officer at the time said testimony was taken,
10 the following includes all parties of record:
11      Mr. John T. Polasek
        Mr. C. Dale Quisenberry
12      Mr. Jeffrey S. David
        Mr. Douglas H. Elliott
13         and
        Mr. Richard Johnston, Jr.
14         Attorneys for the Plaintiff
        Mr. Peter B. King
15      Ms. Katherine C. Donlon
           and
16      Mr. Steven Sprinkle (Pro Hac Vice)
        Ms. Elizabeth J. Brown Fore (Pro Hac Vice)
17      Mr. Scott S. Crocker (Pro Hac Vice)
        Arieh Akmal (Pro Hac Vice)
18         Attorneys for the Defendant
19
20      I further certify that I am neither counsel for,
21 related to, nor employed by any of the parties in the
22 action in which this proceeding was taken, and further
23 that I am not financially or otherwise interested in the
24 outcome of this action.
25

Alpha Reporting Services
DALLAS, TEXAS (888) 667-DEPO

                                                                239
1      Certified to by me on this _____ day of
2    _____, _____.
3
                *Peggy C. Donnell* (signature)
4
                     _____
5                    Peggy C. Donnell, RMR, CSR
                     Texas CSR No. 558
6                    Expiration:  12/31/12
                     Alpha Reporting Services, Inc.
7                    Registration No. 298
                     7920 Belt Line Road, Suite 500
8                    Dallas, Texas  75254
                     (214) 321-5599
9                    (214) 321-1922
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25