# EXHIBIT   C

| Claim Language | Claim Term | Original Construction (May 11, 2011) | Construction Served on July 5, 2012 |
|---|---|---|---|
| Claim 1 | | | |
| 1. A computer-implement method of controlling distribution of a message from a sender to a recipient, the method comprising: | DISTRIBUTION | None. | Electronic transmission. |
| | MESSAGE | Data/information to be sent, such as a document, email and the like. | An electronically stored item that holds information and is capable of being transmitted electronically.  The message can have a variety of different forms, including, for example, a document, a web page, or an email message. |
| | SENDER | The source of the message. | A source of a message being transmitted. |
| | RECIPIENT | The prospective target to receive the message. | A destination or prospective target for a message being transmitted. |
| constructing semantic models for a plurality of message categories;<br><br>AND<br><br>constructing a semantic model for the message; | SEMANTIC MODEL | Model of the "meaning" of the original message, as opposed to just the words in the message, constructed through at least the use of natural language processing, though other techniques may be used, as well. | A semantic representation of a message or message category that includes text other than words contained in the message or the message category. |
| | MESSAGE CATEGORY | Categories of information of interest/relevance.  The message categories may be extracted from text or provided by the user, or a combination of both. | Categories of information designed to identify a message, alone or in conjunction with other message categories. |

EXHIBIT
4  9-6-12

PENGAD 800-631-6989

| comparing the semantic model of the message with the semantic models for the plurality of message categories; | COMPARING | The word "comparing" needs no construction. | The word "comparing" needs no construction. Alternatively, "examining two or more objects for similarities." |
|---|---|---|---|
| classifying the message based on the comparison; and | WHOLE LIMITATION | The word "classifying" means performing an identification of to which message category, if any, a message belongs. | Identifying to which message category, if any, a message belongs, using the comparison of semantic (directly or indirectly). ⌐ models |
| determining if the message can be distributed to the recipient based on the classification of the message. | WHOLE LIMITATION | Controlling the flow of information into or out of a system, such as by a boundary controller. | Determining if the message is capable of being distributed to the recipient based at least in part on the classification of the message. |