# EXHIBIT   F

EXHIBIT "E"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

Claim 1 of U.S. Patent No. 6,829,613
Digital Asset Management ("DAM")

| U.S. Patent No. 6,829,613 | Digital Asset Management ("DAM") |
|---|---|
| 1. A computer-implement[ed] method of controlling distribution of a message from a sender to a recipient, the method comprising:<br><br>**Claim Constructions:**<br><br>**Message** – an electronically stored item that holds information and is capable of being transmitted electronically. The message can have a variety of different forms, including, for example, a document, a web page, or an E-mail message.<br><br>**Sender** –a source of a message being transmitted<br><br>**Recipient** – A destination or prospective target for a message being transmitted<br><br>**Distribution** – Electronic transmission | Based on information currently available to Plaintiff's counsel, including information recently provided to Plaintiff by Nstein, and on Plaintiff's proposed claim constructions, Plaintiff contends that any entity that uses the software application program called Digital Asset Management ("DAM") infringes at least claim 1 of U.S. Patent No. 6,829,613 (the '613 patent), by performing a "computer-implement[ed] method of controlling distribution of a message from a sender to a recipient, the method comprising" the steps of claim 1.  Any entity that uses DAM inherently performs all five steps of claim 1, either literally or under the Doctrine of Equivalents.  Infringement takes place using both version 3 (e.g., DAM Version 3.0.5) and version 4 of DAM.<br><br>The infringing entities include Nstein Technologies, Inc. (Nstein) and Open Text Corporation (Open Text), both of which engage in direct infringement, contributory infringement and inducement of infringement of claim 1 under 35 U.S.C. 271(a), (b) and (c), wherein the direct infringement is performed by its customers.  (Nstein and Open Text also directly infringe claim 23 under 35 U.S.C. 271(a), by selling the programs to its U.S. customers, as will be discussed in a separate claim chart.)<br><br>Plaintiff contends that all of the acts of Nstein have been controlled and directed by Open Text following the acquisition of Nstein by Open Text in 2010 notwithstanding any indications from Nstein documents that the actions are performed independently by Nstein, and that since that acquisition date, Open Text has been vicariously liable for patent infringement, under principles of agency and/or as a joint direct infringer with Nstein. This claim chart, including the infringement allegations, is supported by certain documents that Nstein has produced in this lawsuit and also by published content in Open Text and Nstein web sites. Representative examples of pages from those documents are identified herein by "production" (or "Bates") numbers.   Our infringement allegations are also supported by our claim construction analysis which is based on the intrinsic evidence, primarily the '613 patent specification and the '613 file history (including file histories of related applications).<br><br>DAM is a computer program.  It is also called an "application." NSTEIN005153. (Note: In this claim chart, the production number will be abbreviated, e.g., as N5153.)  Different versions of DAM exist, including a |

EXHIBIT "E"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

version 3 (e.g., DAM Version 3.0.5) and a version 4 of DAM.  DAM is installed on a customer's computer system, e.g., a network server: "The DAM software is installed in an SQL server. DAM users access the application using HTTP from a PC workstation on the network." N5270. ███████████████████████████████████████████████████████████████████████████████.  Any user of DAM necessarily uses one or more computers to implement all five steps recited in claim 1.  Thus, the method performed by the DAM user is a "computer-implement[ed] method."  As discussed below, DAM works in conjunction with other computer programs including TME (which has been renamed as Content Analytics by Open Text) and TEXTML Server.

███████████████████████████████████████████████████████████████████████████████.  In other words, the DAM program is used to search for particular documents ██████████████████████████████████████████████.  This business database is provided by a company called Ixiasoft which describes its search engine as "a proven native XML database and powerful search engine designed to be embedded into content management applications."  See www.ixiasoft.com.

To search for assets using DAM, the user fills out one or more fields, called "Properties," of a "Search criteria dialog box," with search criteria text entries, See N5160 and N5239.  (Hereinafter, referred to as the "Search box.")  When executing that Search box, the user causes instructions to be executed, ultimately resulting in "search results" being transmitted back to the user.  See example of a search results list at N5163.

Plaintiff contends that any document contained in the "search results" retrieved by the DAM user qualifies as a claim 1 "*message*."  The transmission of the search results (including the sought-after document) from the document repository (TEXTML business database) to the user qualifies as "*distribution of a message.*"  (Open Text and Nstein typically refer to the original electronic documents as "content" and documents that have been "enriched" with metadata as "assets.")  The search results (which include the "message" that is being "distributed") █████████████████████████████████████.  That business database (presumably located on a separate server) qualifies as the claim 1 "*sender*," i.e., a source of the claim 1 "*message*" being transmitted.  The use of DAM is therefore a "method of controlling distribution of a message."  The DAM user who is seeking the document (e.g., using the Search box) qualifies as the "*recipient*" of the "*message.*"

| | |
|---|---|
| constructing semantic models for a plurality of message categories<br><br>**Claim Constructions:**<br><br>**Semantic Model** – "A semantic representation of a message or message category that includes text other than words contained in the message or the message category."<br><br>**Message Categories** – "Categories of information designed to identify a message, alone or in conjunction with other message categories" | The use of DAM includes the step of "constructing semantic models for a plurality of message categories." DAM constructs different types of semantic models. Furthermore, DAM constructs semantic models for different types of message categories. (For convenience, a semantic model for a message category will be referred to herein as a "category model.") Only a few different types of message categories and category models will be addressed in this claim chart, but other types may exist.<br><br>One way to construct a category model is to insert text in the empty field corresponding to one of the "Properties" in the DAM Search box and transmit that text (which will be referred to herein as a "text entry") to the TEXTML system via the DAM program (see below). N5160. XML code that qualifies as a category model is thereby constructed and stored, at least temporarily, for use in the search, e.g., as part of the "comparing" step. (See, generally, Chapter 8 of the TEXTML SDK Programmer's Guide.)<br><br>Search criteria dialog box:<br><br>To perform a search, the user types a text entry corresponding to each of the Properties into the Search box. (However, there is no requirement for all the Property fields to be filled-in, and a user is free to leave any of the Property fields blank.) Each Property is also referred to as a "search field" in the DAM User Guide. N5160. The following Properties appear in the "generic" Search criteria dialog box (See N5160):<br><br>1. Content<br>2. Terms<br>3. People<br>4. Organizations<br>5. Places<br>6. Subject codes<br>7. Concepts<br><br>The DAM User Guide (DAM version 3.0.5 (build 3907) describes five of these seven generic Properties:<br><br>• Beside **Terms**, enter a taxonomy for your search. For example, if you have used DAM to set up Terms to **categorize** your assets by author name, you could enter an author name to locate all assets associated created (sic) by that particular author.<br>• Beside **People,** enter one or more names.<br>• Besides **Organizations**, enter one or more organizations names. |

- Besides **Places**, enter one or more geographic locations.
- Besides **Concepts**, enter one or more concepts.

N5161. The Search box in the User Guide is merely a "generic example" (N5160), and DAM permits a customer to create a "customized" Search box. According to the DAM User Guide, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Accordingly, there are presumably additional Properties, which may be used to retrieve documents. Note that, in DAM, "Categories" is synonymous with Subjects, which may be also expressed as "Subject codes." (See N5240 – Appendix A listing of Asset Properties, where "Subject or Subject code" is listed as one of the 23 Properties). Accordingly, the phrase "Categories/Subjects" will be used in this infringement claim chart.

Query dialog box:

Another way to construct category models (semantic models of message categories) is by using a DAM Query dialog box. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. The Query dialog box is similar to the Search box in that XML code corresponding to each of the Properties is created, thus constructing a category model for each of the Properties. "Queries are sets of search criteria that can be saved and reused. Queries spare DAM users time and effort by allowing them to quickly retrieve a set of search criteria without filling in a search criteria dialog box." N5164. The Query box incorporates one or more Search boxes. Accordingly, each time the Query box is used, a Search criteria dialog box identified by that Query dialog box is *necessarily* also used. For simplicity, however, this infringement claim chart will focus almost exclusively on the Search box and avoid discussing the Query dialog box.

Properties:

Plaintiff's position is that at least the following three Properties qualify as message categories: "Categories/Subjects," "Concepts" and "Terms." In addition to meeting the currently proposed definition of "message category," the XML code formed using these Properties and corresponding entries, i.e., the category model constructed using the entry corresponding to the Property, discussed below, is not *necessarily* used to match a "keyword" found in the actual text of documents, although in at least some cases the XML

code formed using the Property is *permitted* to match a keyword from the text of the documents.

The XML Code is the Semantic Model:

Plaintiff contends that the "*semantic models*" of the "*message categories*" (referred to herein as "category models") are the XML code constructed for each message category. That code is presumably created using DAM and/or the TEXTML Server. Examples of the XML code representing the category models can be found in portions of the TEXTML SDK Programmer's Guide.

Categories/Subjects:

One of the Properties that Plaintiff contends qualifies as a "message category" is "Categories," which is also referred to as "Subjects" or "Subject codes." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. When the documents (content) are enriched with metadata using TME, the Ncategorizer module is used to associate "Categories/Subjects" with each document. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Accordingly, a user may search for the document using that particular Category/Subject. Therefore, hypothetically, for example, if one were to search for assets that have been identified under the category "Social Issues" (or the Subject code for "Social Issues") in the Category/Subjects Property ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the user would enter "Social Issues" into the Property field associated with Category/Subject of the search box. DAM and/or TextML would create XML code that contained a CRC that could be characterized "Category/Subject IS-A Social Issues" (or the appropriate Subject code), where the two concepts are defined as "Category/Subject" (or "Subject Code") and "Social Issues" (or the appropriate Subject code) and the "relation" is defined as IS-A). One way to supply one or more "Category/Subject" to an asset is by enriching them using the TME module Ncategorizer. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Thus, in addition to using a pre-defined Subject code from the Taxonomies utilized by Ncategorizer, the DAM program permits the entering of other Categories/Subjects other than those identified by Subject codes. The TME 4.6 Product description manual states: "Out of the box, Ncategorizer is ready to categorize English, French and Spanish content against the IPTC taxonomy which is a standard taxonomy used in the news industry. However, an unlimited number of taxonomies can be used at the same time and custom taxonomies can be created and trained by Nstein's Linguistics Services team." N5587. Also, the list of Properties in Appendix A of the DAM User Manual refers to "Subject *or* Subject codes" (N5240, emphasis added), suggesting that a user is free to use more than "Subject codes" as a search Property. The

EXHIBIT "E"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

| | |
|---|---|
| | Ncategorizer text mining module is discussed in greater detail in the TME product description at N5586-5587. |
| constructing a semantic model for the message<br><br>**Claim Constructions:**<br><br>No new terms require construction here. | The use of DAM also includes the step of "constructing a semantic model for the message," herein referred to as a "message model." Plaintiff contends that each original electronic document ("content") that is retrieved by the user as part of a "search result" qualifies as a claim 1 *message*. However, before a user can retrieve the message, a semantic model for that message is first constructed. ■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■<br><br>As noted above, TME has been renamed Content Analytics by Open Text. (See April 7, 2010 Press Release: "Going forward, the product formerly known as Nstein Text Mining Engine will be marketed as Open Text Content Analytics.") Thus, all references herein to TME apply equally to the Content Analytics system. TME includes seven modules, including NConceptExtractor, NCategorizer, Nlikethis and Nfinder. In certain instances, this claim chart will specifically refer to the particular module that is performing the particular function.<br><br>As discussed above, each of those Properties can correspond to the filled-in Property fields of the Search box (sometimes referred to herein as "entries" or Search criteria"), which are used to construct a semantic model for a message category. Accordingly, multiple category models can be used to retrieve messages according to whether that message has a matching message model. (This feature is discussed below in the comparing, classifying and determining steps.) ■■■■■■■■■■■■■■■, and certain aspects of the semantic model are further explained in the Nstein TME 4.6 Product description, which explains the individual parts of the semantic data that is associated with each document. See, particularly, the discussion of Ncategorizer at N5586-5589.<br><br>■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■ |

EXHIBIT "E"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

| | |
|---|---|
| | \* \* \* |
| | ▮ |
| | N6546. According to the DAM User Guide, the XML code can either be "generated by NServer" (TME) or "added by user." Regardless of how or where they are created, that XML code is ultimately stored in the TEXTML business database as part of the enriched assets.<br><br>The TME modules that perform the enrichment of assets include Ncategorizer, which uses specific types of categories from a pre-set or custom taxonomy and presumably assigns at least one "Subject code" (possibly more than one) to the document. The TME product description manual states: "Ncategorizer is the text mining module responsible for classification and categorization of textual assets against a predefined [or custom] taxonomy. The type of metadata extracted by this module is named a category." N5586. The resulting XML code qualifies as a single CRC and qualifies as the semantic model of the message.<br><br>The XML code associated with the asset can be viewed by the user. N5175.<br><br>▮ "Terms" is an additional "message category" that can be associated with a document. |
| comparing the semantic model of the message with the semantic models for the plurality of message categories<br><br>**Comparing** – examining two or more objects for similarities. | The use of DAM also includes the step of "comparing the semantic model of the message [i.e., the XML code corresponding to the stored electronic document/asset] with the semantic models for the plurality of message categories [i.e., the XML code corresponding to the Properties and text entries from the Search box].<br><br>Inferentially, this comparison step takes place in the TEXTML database, as part of the "query" process, described below. More particularly, transmitting the contents of the Search box (executing a search) causes a comparison of each of the category models (the XML code, sometimes referred to as data structure(s) created for each search Property) with each of the XML coded-stored assets, i.e., message models, including the semantic model for "the message" that will ultimately be distributed). |

EXHIBIT "E"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

|  |  |
|---|---|
|  | Use of DAM search implements the TEXTML query protocol, which is described in the TEXTML SDK Programmer's Guide. See Chapter 8, TEXTML Query Language. The query that is inferentially used by DAM is described in the section of the TextML Guide entitled "Searching for Documents with Specific Properties." (Pages 72-73.)<br><br>As discussed therein, execution of the search will run the method "SearchDocuments(query)" with the query as the method parameter (See TextML Guide, page 28). Running the method corresponds with the step of comparing the semantic model of the message, i.e. the XML code for a document asset in the database, with the semantic models of the message categories, i.e., the XML code corresponding to the Properties and text entries from the Search Box. As long as the DAM user includes at least one entry in more than one Property/Search Criteria field, then the semantic model of the documents has been compared with the semantic models of more than one message category. Following our above example, the CRC "Social Issues IS-A Category/Subject" generated by the entry in the Category (Subject) search field would match the CRC found in the Properties <Categories> where Social Issues was associated with the asset as a Category/Subject. |
| classifying the message based on the comparison<br><br>**Classifying** – "Identifying to which message category, if any, a message belongs, using the comparison of semantic models (directly or indirectly)." | The use of DAM further includes the step of "classifying the message based on the comparison."<br><br>Presumably, this classification takes place in the TEXTML database.<br><br>The classifying step is described in the TEXTML programmer guide, under the section entitled "Searching for documents in a docbase." It explains: "An application searches for documents in a docbase by using a query. The query contains search specifications coded in the TEXTML Query Language. These specifications can refer to the content (i.e., the *indexed* content) of the documents, to the *properties* of the document, to *custom properties* of the document, or to any combination." TEXTML Programmer's Guide, page 27 (emphasis in original). The result is a list of all matching documents. That is, upon executing a query, the SearchDocuments() method will be called. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ This ResultSpace contains only "pointers" to the relevant documents; it does not contain the documents themselves. A second object must be created to create a documents array of the resulting documents before the retrieval actually happens.<br><br>The classifying step is included within the following processing steps described in the TEXTML SDK Programmer's Guide, referred to as "programming logic." "To search for documents in a database," the |

Page 8

| | |
|---|---|
| | following steps are described (actual code not included):<br><br>1. Get a SearchServices object for your docbase:<br>2. Define a string that contains your query:<br>3. Using the query, search the docbase and store the search results in a ResultSpace object:<br>4. Store the contents of the ResultSpace as a Sublist:<br>5. Mark a range of items in the SubList.<br>6. Retrieve the documents as an array of Document objects:<br>7. Process each Result object in the documents array: |
| and determining if the message can be distributed to the recipient based on the classification of the message<br><br>**Determining if the message can be distributed based on the classification** – "determining if the message is capable of being distributed to the recipient based at least in part on the classification of the message." | Plaintiffs contend that the use of DAM further includes the fifth step of "determining if the message can be distributed to the recipient based on the classification of the message." |

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

Claim 23 of U.S. Patent No. 6,829,613
Digital Asset Management ("DAM")

| U.S. Patent No. 6,829,613 | Digital Asset Management ("DAM") |
|---|---|
| 1. A computer program product for controlling distribution of a message from a sender to a recipient, the computer program product comprising:<br><br>**Claim Constructions:**<br><br>**Message** – an electronically stored item that holds information and is capable of being transmitted electronically. The message can have a variety of different forms, including, for example, a document, a web page, or an E-mail message.<br><br>**Sender** – a source of a message being transmitted<br><br>**Recipient** – A destination or prospective target for a message being transmitted<br><br>**Distribution** – Electronic transmission | Based on information currently available to Plaintiff's counsel, including information recently provided to Plaintiff by Nstein, and on Plaintiff's proposed claim constructions, Plaintiff contends that any entity that makes, uses, sells, or offers for sale the software application program called Digital Asset Management ("DAM") infringes at least claim 23 of U.S. Patent No. 6,829,613 (the '613 patent), by making, using, selling, and/or offering for sale a "computer program product for controlling distribution of a message from a sender to a recipient, the computer program product comprising" the steps of claim 23. Any such entity infringes claim 23, either literally or under the Doctrine of Equivalents. Infringement takes place using both version 3 (e.g., DAM Version 3.0.5) and version 4 of DAM.<br><br>The infringing entities include Nstein Technologies, Inc. (Nstein) and Open Text Corporation (Open Text), both of which engage in direct infringement of claim 23 under 35 U.S.C. 271(a), (b) and (c) by making, using, selling, and/or offering for sale the DAM product.<br><br>Plaintiff contends that all of the acts of Nstein have been controlled and directed by Open Text following the acquisition of Nstein by Open Text in 2010 notwithstanding any indications from Nstein documents that the actions are performed independently by Nstein, and that since that acquisition date, Open Text has been vicariously liable for patent infringement, under principles of agency and/or as a joint direct infringer with Nstein.<br><br>This claim chart, including the infringement allegations, is supported by certain documents that Nstein has produced in this lawsuit and also by published content in Open Text and Nstein web sites. Representative examples of pages from those documents are identified herein by "production" (or "Bates") numbers. Our infringement allegations are also supported by our claim construction analysis which is based on the intrinsic evidence, primarily the '613 patent specification and the '613 file history (including file histories of related applications).<br><br>DAM is a computer program product. It is also called an "application." NSTEIN005153. (Note: In this claim chart, the production number will be abbreviated, e.g., as N5153.) Different versions of DAM exist, |

| | |
|---|---|
| | including a version 3 (e.g., DAM Version 3.0.5) and a version 4 of DAM. DAM is installed on a customer's computer system, e.g., a network server: "The DAM software is installed in an SQL server. DAM users access the application using HTTP from a PC workstation on the network." N5270. ████████████ ████████████████████████████████████ N5271. Any user of DAM necessarily uses a computer program product comprising all six components recited in claim 23. As discussed below, DAM works in conjunction with other computer programs including TME (which has been renamed as Content Analytics by Open Text) and TEXTML Server.<br><br>████████████████████████████████████ In other words, the DAM program is used to search for particular documents ████████████████████████████ ████████████████████. This business database is provided by a company called Ixiasoft which describes its search engine as "a proven native XML database and powerful search engine designed to be embedded into content management applications." See www.ixiasoft.com.<br><br>To search for assets using DAM, the user fills out one or more fields, called "Properties," of a "Search criteria dialog box," with search criteria text entries, See N5160 and N5239. (Hereinafter, referred to as the "Search box.") When executing that Search box, the user causes instructions to be executed, ultimately resulting in "search results" being transmitted back to the user. See example of a search results list at N5163.<br><br>Plaintiff contends that any document contained in the "search results" retrieved by the DAM user qualifies as a claim 23 "*message*." The transmission of the search results (including the sought-after document) from the document repository (TEXTML business database) to the user qualifies as "*distribution of a message*." (Open Text and Nstein typically refer to the original electronic documents as "content" and documents that have been "enriched" with metadata as "assets.") The search results (which include the "message" that is being "distributed") ████████████████████████████. That business database (presumably located on a separate server) qualifies as the claim 23 "*sender*," i.e., a source of the claim 23 "*message*" being transmitted. The DAM computer product is therefore a "computer program product for controlling distribution of a message." The DAM user who is seeking the document (e.g., using the Search box) qualifies as the "*recipient*" of the "*message*." |
| code for constructing semantic models for a plurality of message categories | The computer product DAM includes "code for constructing semantic models for a plurality of message categories." DAM constructs different types of semantic models. Furthermore, DAM constructs semantic models for different types of message categories. (For convenience, a semantic model for a message category will be referred to herein as a "category model.") Only a few different types of message categories and |

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

| Claim Constructions: | category models will be addressed in this claim chart, but other types may exist. |
|---|---|
| **Semantic Model** – "A semantic representation of a message or message category that includes text other than words contained in the message or the message category." <br><br>**Message Categories** – "Categories of information designed to identify a message, alone or in conjunction with other message categories" | One way to construct a category model is to insert text in the empty field corresponding to one of the "Properties" in the DAM Search box and transmit that text (which will be referred to herein as a "text entry") to the TEXTML system via the DAM program (see below). N5160. XML code that qualifies as a category model is thereby constructed and stored, at least temporarily, for use in the search, e.g., as part of the "comparing" step. (See, generally, Chapter 8 of the TEXTML SDK Programmer's Guide.) <br><br>Search criteria dialog box: <br><br>To perform a search, the user types a text entry corresponding to each of the Properties into the Search box. (However, there is no requirement for all the Property fields to be filled-in, and a user is free to leave any of the Property fields blank.) Each Property is also referred to as a "search field" in the DAM User Guide. N5160. The following Properties appear in the "generic" Search criteria dialog box (See N5160): <br><br>1. Content <br>2. Terms <br>3. People <br>4. Organizations <br>5. Places <br>6. Subject codes <br>7. Concepts <br><br>The DAM User Guide (DAM version 3.0.5 (build 3907) describes five of these seven generic Properties: <br><br>• Beside **Terms**, enter a taxonomy for your search. For example, if you have used DAM to set up Terms to **categorize** your assets by author name, you could enter an author name to locate all assets associated created (sic) by that particular author. <br>• Beside **People,** enter one or more names. <br>• Besides **Organizations**, enter one or more organizations names. <br>• Besides **Places**, enter one or more geographic locations. <br>• Besides **Concepts**, enter one or more concepts. |

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

N5161. The Search box in the User Guide is merely a "generic example" (N5160), and DAM permits a customer to create a "customized" Search box. According to the DAM User Guide, ███████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ Accordingly, there are presumably additional Properties, which may be used to retrieve documents. Note that, in DAM, "Categories" is synonymous with Subjects, which may be also expressed as "Subject codes." (See N5240 – Appendix A listing of Asset Properties, where "Subject or Subject code" is listed as one of the 23 Properties). Accordingly, the phrase "Categories/Subjects" will be used in this infringement claim chart.

Query dialog box:

Another way to construct category models (semantic models of message categories) is by using a DAM Query dialog box. ████████████████████████████████████████████████████████████████████████████ The Query dialog box is similar to the Search box in that XML code corresponding to each of the Properties is created, thus constructing a category model for each of the Properties. "Queries are sets of search criteria that can be saved and reused. Queries spare DAM users time and effort by allowing them to quickly retrieve a set of search criteria without filling in a search criteria dialog box." N5164. The Query box incorporates one or more Search boxes. Accordingly, each time the Query box is used, a Search criteria dialog box identified by that Query dialog box is *necessarily* also used. For simplicity, however, this infringement claim chart will focus almost exclusively on the Search box and avoid discussing the Query dialog box.

Properties:

Plaintiff's position is that at least the following three Properties qualify as message categories: "Categories/Subjects," "Concepts" and "Terms." In addition to meeting the currently proposed definition of "message category," the XML code formed using these Properties and corresponding entries, i.e., the category model constructed using the entry corresponding to the Property, discussed below, is not *necessarily* used to match a "keyword" found in the actual text of documents, although in at least some cases the XML code formed using the Property is *permitted* to match a keyword from the text of the documents.

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

The XML Code is the Semantic Model:

Plaintiff contends that the "*semantic models*" of the "*message categories*" (referred to herein as "category models") are the XML code constructed for each message category. That code is presumably created using DAM and/or the TEXTML Server. Examples of the XML code representing the category models can be found in portions of the TEXTML SDK Programmer's Guide.

Categories/Subjects:

One of the Properties that Plaintiff contends qualifies as a "message category" is "Categories," which is also referred to as "Subjects" or "Subject codes." ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬. When the documents (content) are enriched with metadata using TME, the Ncategorizer module is used to associate Categories/Subjects" with each document. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Accordingly, a user may search for the document using that particular Category/Subject. Therefore, hypothetically, for example, if one were to search for assets that have been identified under the category "Social Issues" (or the Subject code for "Social Issues") in the Category/Subjects Property (▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ the user would enter "Social Issues" into the Property field associated with Category/Subject of the search box. DAM and/or TextML would create XML code that contained a CRC that could be characterized "Category/Subject IS-A Social Issues" (or the appropriate Subject code), where the two concepts are defined as "Category/Subject" (or "Subject Code") and "Social Issues" (or the appropriate Subject code) and the "relation" is defined as IS-A). One way to supply one or more "Category/Subject" to an asset is by enriching them using the TME module Ncategorizer. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ Thus, in addition to using a pre-defined Subject code from the Taxonomies utilized by Ncategorizer, the DAM program permits the entering of other Categories/Subjects other than those identified by Subject codes. The TME 4.6 Product description manual states: "Out of the box, Ncategorizer is ready to categorize English, French and Spanish content against the IPTC taxonomy which is a standard taxonomy used in the news industry. However, an unlimited number of taxonomies can be used at the same time and custom taxonomies can be created and trained by Nstein's Linguistics Services team." N5587. Also, the list of Properties in Appendix A of the DAM User Manual refers to "Subject *or* Subject codes" (N5240, emphasis added), suggesting that a user is free to use more than "Subject codes" as a search Property. The Ncategorizer text mining module is discussed in greater detail in the TME product description at N5586-5587.

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

| | |
|---|---|
| code for constructing a semantic model for the message<br><br>**Claim Constructions:**<br><br>No new terms require construction here. | The DAM computer product also includes "code for constructing a semantic model for the message," herein referred to as a "message model." Plaintiff contends that each original electronic document ("content") that is retrieved by the user as part of a "search result" qualifies as a claim 23 *"message."* However, before a user can retrieve the message, a semantic model for that message is first constructed. ███████████████████████████████████████████████████████████████████████████████████████<br><br>As noted above, TME has been renamed Content Analytics by Open Text. (See April 7, 2010 Press Release: "Going forward, the product formerly known as Nstein Text Mining Engine will be marketed as Open Text Content Analytics.") Thus, all references herein to TME apply equally to the Content Analytics system. TME includes seven modules, including NConceptExtractor, NCategorizer, Nlikethis and Nfinder. In certain instances, this claim chart will specifically refer to the particular module that is performing the particular function.<br><br>As discussed above, each of those Properties can correspond to the filled-in Property fields of the Search box (sometimes referred to herein as "entries" or Search criteria"), which are used to construct a semantic model for a message category. Accordingly, multiple category models can be used to retrieve messages according to whether that message has a matching message model. (This feature is discussed below in the comparing, classifying and determining steps.) ████████████████████████████████ ███████████, and certain aspects of the semantic model are further explained in the Nstein TME 4.6 Product description, which explains the individual parts of the semantic data that is associated with each document. See, particularly, the discussion of Ncategorizer at N5586-5589.<br><br>████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ |

|  | |
|---|---|
|  | [redacted]<br><br>N6546. According to the DAM User Guide, the XML code can either be "generated by NServer" (TME) or "added by user." Regardless of how or where they are created, that XML code is ultimately stored in the TEXTML business database as part of the enriched assets.<br><br>The TME modules that perform the enrichment of assets include Ncategorizer, which uses specific types of categories from a pre-set or custom taxonomy and presumably assigns at least one "Subject code" (possibly more than one) to the document. The TME product description manual states: "Ncategorizer is the text mining module responsible for classification and categorization of textual assets against a predefined [or custom] taxonomy. The type of metadata extracted by this module is named a category." N5586. The resulting XML code qualifies as a single CRC and qualifies as the semantic model of the message.<br><br>The XML code associated with the asset can be viewed by the user. N5175.<br><br>[redacted] "Terms" is an additional "message category" that can be associated with a document. |
| code for comparing the semantic model of the message with the semantic models for the plurality of message categories<br><br>**Comparing** – examining two or more objects for similarities. | The DAM computer product also includes "code for comparing the semantic model of the message [i.e., the XML code corresponding to the stored electronic document/asset] with the semantic models for the plurality of message categories [i.e., the XML code corresponding to the Properties and text entries from the Search box].<br><br>Inferentially, this comparison step takes place in the TEXTML database, as part of the "query" process, described below. More particularly, transmitting the contents of the Search box (executing a search) causes a comparison of each of the category models (the XML code, sometimes referred to as data structure(s) created for each search Property) with each of the XML coded-stored assets, i.e., message models, including the semantic model for "the message" that will ultimately be distributed). |

Page 7

EXHIBIT "F"
CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION

| | |
|---|---|
| | Use of DAM search implements the TEXTML query protocol, which is described in the TEXTML SDK Programmer's Guide. See Chapter 8, TEXTML Query Language. The query that is inferentially used by DAM is described in the section of the TextML Guide entitled "Searching for Documents with Specific Properties." (Pages 72-73.)<br><br>As discussed therein, execution of the search will run the method "SearchDocuments(query)" with the query as the method parameter (See TextML Guide, page 28). Running the method corresponds with the step of comparing the semantic model of the message, i.e. the XML code for a document asset in the database, with the semantic models of the message categories, i.e., the XML code corresponding to the Properties and text entries from the Search Box. As long as the DAM user includes at least one entry in more than one Property/Search Criteria field, then the semantic model of the documents has been compared with the semantic models of more than one message category. Following our above example, the CRC "Social Issues IS-A Category/Subject" generated by the entry in the Category (Subject) search field would match the CRC found in the Properties <Categories> where Social Issues was associated with the asset as a Category/Subject. |
| code for classifying the message based on the comparison<br><br>**Classifying** – "Identifying to which message category, if any, a message belongs, using the comparison of semantic models (directly or indirectly)." | The DAM computer product further includes "code for classifying the message based on the comparison."<br><br>Presumably, this classification takes place in the TEXTML database.<br><br>The classifying step is described in the TEXTML programmer guide, under the section entitled "Searching for documents in a docbase." It explains: "An application searches for documents in a docbase by using a query. The query contains search specifications coded in the TEXTML Query Language. These specifications can refer to the content (i.e., the *indexed* content) of the documents, to the *properties* of the document, to *custom properties* of the document, or to any combination." TEXTML Programmer's Guide, page 27 (emphasis in original). The result is a list of all matching documents. That is, upon executing a query, the SearchDocuments() method will be called. ███████████████████████████████████████████████████████████████ This ResultSpace contains only "pointers" to the relevant documents; it does not contain the documents themselves. A second object must be created to create a documents array of the resulting documents before the retrieval actually happens.<br><br>The classifying step is included within the following processing steps described in the TEXTML SDK Programmer's Guide, referred to as "programming logic." "To search for documents in a database," the following steps are described (actual code not included): |

Page 8

**EXHIBIT "F"**
**CONTAINS NSTEIN "CONFIDENTIAL" INFORMATION**

|  | |
|---|---|
|  | 1. Get a SearchServices object for your docbase:<br>2. Define a string that contains your query:<br>3. Using the query, search the docbase and store the search results in a ResultSpace object:<br>4. Store the contents of the ResultSpace as a Sublist:<br>5. Mark a range of items in the SubList.<br>6. Retrieve the documents as an array of Document objects:<br>7. Process each Result object in the documents array: |
| code for determining if the message can be distributed to the recipient based on the classification of the message<br><br>**Determining if the message can be distributed based on the classification** – "determining if the message is capable of being distributed to the recipient based at least in part on the classification of the message." | Plaintiffs contend that the DAM computer product further includes "code for determining if the message can be distributed to the recipient based on the classification of the message." |
| a computer-readable medium for storing the codes | Plaintiffs contend the DAM computer product includes "a computer-readable medium for storing the codes," e.g., Defendants' own servers and the executable DAM application they make, and/or executable DAM applications they sell to customers. Also, when installed on a customer's computer system, e.g., a network server, the customers makes and/or uses program code that is stored on a computer-readable medium, e.g. the customer's computer hard drive or server hard drives. For example: "The DAM software is installed in an SQL server." N5270. |

Page 9