# EXHIBIT   G

**Exhibit G**

The following lists all of the citations to the word "secure" or "security in the specification of the '613 Patent (which includes the GUARD-IT proposal):

Abstract("security policy", "secure domain");Fig6("security checker");1:43("computer data security"); 1:53-58("data security", "secure domains", "non-secure outside world"); 2:4("secure networks"); 2:9-14("security personnel", "secure domain" used 4x); 2:14-16("secure domain" used 2x, "security policies"); 2:21-23("security products", "secure domain"); 2:23-26("security products", "secure domains", "security policies"); 2:28-29("secure domain"); 2:29-30("security product"); 2:48("information security"); 2:50("information security"); 2:56-57("secure domain" used 2x); 2:65("secure domain"); 3:12-13("secure domain", "security policy"); 3:14("security clearance level"); 3:17-19("security policy", "security clearance level" used 2x); 3:20("security policy violation"); 3:22-23("security policies"); 3:30("security policy"); 3:51("secure domain"); 4:23-25("secure domain", "security policies", "security domain"); 4:26("security domains"); 4:27("secure domain"); 4:29("security domain"); 4:33-35("one secure domain", "another secure domain"); 5:49("secure domain"); 5:53("secure domain"); 5:59-60("secure domain");5:63("security policies");6:12("secure domain");6:49-50("security clearance levels"); 8:41-42("security officer"); 8:45("security office");8:46-47("security office"); 9:19("security officer"); 9:30-31("secure environment");9:42("Security Classification Guide");9:62("secure domain");9:64("security policies");9:65("secure domain");9:66-67("security clearance level");10:1-2("security clearance levels");10:4("security clearance level");10:6("security clearance levels");10:8("security policy");10:11("security policy");10:11-12("security violation");10:13("security violation");10:15("security policy violation");10:16("security violation");10:45-46("security checker"); 12:3-4("sender's security clearance level");12:4("recipient's security clearance level");12:51("security checker");12:53("security policy");12:54-56("security checker", "security clearance level", "security clearance levels");12:57("security clearance levels");12:58("security clearance level");12:63("security policy");12:64("security policy");12:66("security policy");12:67("security policy"); 13:3("security checker");13:9("security officer");13:19("security clearance level");13:24-25("security checker");13:28("security policy");13:29("security policy");13:21("security policy");14:6("security policy");14:34("security classification guides");14:48-51("customizable content-based information security tool", "information security" used 2x);15:18-19 ("security levels"); 17:63-64("security information for the sender", "security information for the recipient"); 18:58 ("security policy");18:59("security policy");18:62("security policy");18:64("security policy");18:65("security clearance level");18:66("security clearance level");19:1-3("security policy", "security clearance level" used 2x);19:5-11("security policy" used 2x, "security clearance level" used 4x);19:15-19("security policy" used 3x);20:18-19("security information for the sender", "security information for the recipient"); 21:21-

25("security policy" used 3x);21:27-36("security policy" used 2x, "security clearance level" used  4x);21:40-49("security policy" used 2x, "security clearance level" used 4x); 21:54-59("security policy" used 3x); 22:8("security module");22:24("security subsystem");23:18-19("security sub-system"); 24:1-2("security policy"); 24:3-11("security sub-system" , "security policy" use d 2x, "security clearance level" used 5x); 24:12-15("security sub-system", "security policy" used 2x); GUARD-IT@2("security classification guides", "security officer", "security policy", "security classification topics" used 2x); GUARD-IT@3("security classification guides" used 2x, "security classification guide", "security officer", "security officers");GUARD-IT@4("security classification topics");GUARD-IT@4-5("security classification topic");GUARD-IT@5("security classification guides", "security topic", "security classification topics");GUARD-IT@6("security classification topics", "security classification topic" used 2x, "security officer", "security classification category of the messages", "security policy violation");GUARD-IT@7("security officer", "security classification topic semantic model");GUARD-IT@8("security classification topic", "security officer" used 3x, "security policy"); GUARD-IT@9(" simulated security classification guide", "simulated security guide" used 2x, "security officer");GUARD-IT@14("security policy" used 2x, "relevant security classification guide", "security officer" 2x, "security officers'");GUARD-IT@15("security classification guides", "security officer");GUARD-IT@16("security policy" used 2x, "security", "security architecture");GUARD-IT@17("Standard Security Classification Guide");GUARD-IT@23("security officer" used 4x, "security policy" used 2x, "Standard Scenario Security Classification Guide"),GUARD-IT@24("content-security software"), GUARD-IT@25("security officer" used 3x, "security policy"); GUARD-IT@27("security classification topics", "security officer" used 3x); GUARD-IT@28("Security Classification Guides", "sender's security clearance level", "recipients security clearance level"); GUARD-IT@29("Security Officer" used 3x, "security policy", "security guide")