# EXHIBIT   H

| Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| **Claim 1** | | | |
| 1. A computer-implement method of controlling distribution of a message from a sender to a recipient, the method comprising: | DISTRIBUTION | Electronic transmission. | Controlling the delivery of a MESSAGE at a boundary of a secure domain by determining whether delivery of the MESSAGE violates a predefined security policy. |
| | MESSAGE | An electronically stored item that holds information and is capable of being transmitted electronically. The message can have a variety of different forms, including, for example, a document, a web page, or an email message. | An outgoing electronic communication created by a SENDER inside a secure domain for a specified RECIPIENT outside the secure domain, which includes (1) text, and (2) meta-information about the specified RECIPIENT. MESSAGES trigger performance of the compare, classify and determine steps. |
| | SENDER | A source of a message being transmitted. | A person who is a member of a secure domain who sends a MESSAGE to a specified RECIPIENT. |
| | RECIPIENT | A destination or prospective target for a message being transmitted. | A person who is not a member of the secure domain and is specified by the SENDER to receive the MESSAGE. |
| constructing semantic models for a plurality of message categories; AND constructing a semantic model for the message; | SEMANTIC MODEL | A semantic representation of a message or message category that includes text other than words contained in the message or the message category. | A set of structured knowledge representations which consist of concepts associated with relationships that represent the meaning expressed by the MESSAGE/MESSAGE CATEGORY. |
| | MESSAGE CATEGORY | Categories of information designed to identify a message, alone or in conjunction with other message categories. | Categories to which messages can be classified as belonging, where each category (1) is associated with descriptive text, and (2) has an associated security clearance level. |

| Claim Language | Claim Term | Plaintiff's Construction | Defendant's Construction |
|---|---|---|---|
| | **CONSTRUCTING A SEMANTIC MODEL FOR A MESSAGE CATEGORY.** | NONE. | Extracting the meaning of each MESSAGE CATEGORY from the descriptive text associated with each MESSAGE CATEGORY by: (1) using natural language processing and retrieving text segments (different than the words of the text) that relate to the meaning of the text; and then (2) extracting concepts and relationships from the retrieved text segments to represent the meaning of the text segments. |
| | **CONSTRUCTING A SEMANTIC MODEL FOR A MESSAGE** | NONE. | After constructing the SEMANTIC MODELS for the MESSAGE CATEGORIES, extracting the meaning of the MESSAGE by extracting concepts and relationships from the meta-information of the MESSAGE to represent the meaning of the MESSAGE. |
| comparing the semantic model of the message with the semantic models for the plurality of message categories; | **COMPARING** | The word "comparing" needs no construction. Alternatively, "examining two or more objects for similarities." | After constructing a SEMANTIC MODEL for the MESSAGE, determining a measurement of the similarities or differences between the SEMANTIC MODEL for that MESSAGE and each of the previously constructed SEMANTIC MODELS for the multiple MESSAGE CATEGORIES. |
| classifying the message based on the comparison; and | **WHOLE LIMITATION** | Identifying to which message category, if any, a message belongs, using the comparison of semantic models (directly or indirectly). | After comparing, identifying the MESSAGE as belonging to each MESSAGE CATEGORY if the measurement of the similarities or differences satisfies a preset threshold for that MESSAGE CATEGORY. |
| determining if the message can be distributed to the recipient based on the classification of the message. | **WHOLE LIMITATION** | Determining if the message is capable of being distributed to the recipient based at least in part on the classification of the message. | After classification, determining if the distribution of the MESSAGE to the RECIPIENT would violate any predefined security policy using the security levels of the MESSAGE CATEGORIES to which the MESSAGE was previously identified as belonging. |

2