# EXHIBIT   J

Please type a plus sign (+) inside this box    **+**

PTO/SB/05 (11-00)
Approved for use through 10/31/2002. OMB 0651-0032
U.S. Patent and Trademark Office: U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# UTILITY PATENT APPLICATION TRANSMITTAL

*(Only for new nonprovisional applications under 37 C.F.R. § 1.53(b))*

| | |
|---|---|
| Attorney Docket No. | 017704-001012US |
| First Inventor | Liddy, Elizabeth D. |
| Title | TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN |
| Express Mail Label No. | EL 265 819 404 US |

## APPLICATION ELEMENTS

*See MPEP chapter 600 concerning design patent application contents.*

**ADDRESS TO**
Assistant Commissioner for Patents
Box Patent Application
Washington, DC 20231

1. ☐ Fee Transmittal Form (e.g., PTO/SB/17)
   *(Submit an original and a duplicate for fee processing)*
2. ☒ Applicant claims small entity status.
   See 37 CFR 1.27.
3. ☒ Specification        [ Total Pages  36  ]
   *(preferred arrangement set forth below)*
   - Descriptive title of the Invention (Title Page)
   - Cross References to Related Applications
   - Statement Regarding Fed sponsored R & D
   - Reference to sequence listing, a table, or a computer program listing appendix
   - Background of the Invention
   - Brief Summary of the Invention
   - Brief Description of the Drawings *( if filed)*
   - Detailed Description
   - Claim(s)
   - Abstract of the Disclosure
4. ☒ Informal Drawing(s) (35 U.S.C.113) [ Sheets  6  ]
5. ☐ Oath or Declaration        [ Total Pages  1  ]
   a. ☒ New unexecuted (original or copy)
   b. ☐ Copy from a prior application (37 CFR 1.63 (d))
      *(for a continuation/divisional with Box 18 completed)*
      i. ☐ DELETION OF INVENTOR(S)
         Signed statement attached deleting inventor(s) named in the prior application, see 37 CFR 1.63(d)(2) and 1.33(b).
6. ☒ Application Data Sheet. See 37 CFR 1.76
   **Do *not* charge the application fee at this time**

7. ☐ CD-ROM or CD-R in duplicate, large table or Computer Program (Appendix)
8. Nucleotide and/or Amino Acid Sequence Submission *(if applicable, all necessary)*
   a. ☐ Computer Readable Form (CRF)
   b. Specification Sequence Listing on:
      i. ☐ CD-ROM or CD-R (2 copies); or
      ii. ☐ paper number of pages
   c. ☐ Statements verifying identity of above copies

### ACCOMPANYING APPLICATIONS PARTS

9. ☐ Assignment Papers (cover sheet & document(s))
10. ☐ 37 C.F.R.§3.73(b)Statement   ☐ Power of Attorney
    *(when there is an assignee)*
11. ☐ English Translation Document *(if applicable)*
12. ☐ Information Disclosure   ☐ Copies of IDS Statement (IDS)/PTO-1449      Citations
13. ☐ Preliminary Amendment
14. ☒ Return Receipt Postcard (MPEP 503)
    *(Should be specifically itemized)*
15. ☐ Certified Copy of Priority Document(s)
    *(if foreign priority is claimed)*
16. ☐ Nonpublication Request under 35 U.S.C. 122(b)(2)(B)(i). Applicant must attach form PTO/SB/35 or its equivalent
17. ☒ Other: Appendix A (30 pages)

---

18. **If a CONTINUING APPLICATION, check appropriate box, and supply the requisite information below and in a preliminary amendment, or in an Application Data Sheet under 37 CFR 1.76:**

☒ Continuation   ☐ Divisional   ☐ Continuation-in-part (CIP)   of prior application No: 09/942,027

Prior application information:   Examiner Unassigned      Group Art Unit: 2151

**For CONTINUATION or DIVISIONAL APPS only:** The entire disclosure of the prior application, from which an oath or declaration is supplied under Box 5b, is considered a part of the disclosure of the accompanying continuation or divisional application and is hereby incorporated by reference. The incorporation can only be relied upon when a portion has been inadvertently omitted from the submitted application parts.

## 19. CORRESPONDENCE ADDRESS

☒ Customer Number or Bar Code Label      20350        or  ☐   Correspondence address below
*(Insert Customer No. or Attach bar code label here)*

| Name | |
|---|---|
| Address | |

| City | | State | | Zip Code | |
|---|---|---|---|---|---|
| Country | | Telephone | | Fax | |

| Name (Print/Type) | Sujit B. Kotwal | Registration No. (Attorney/Agent) | 43,336 |
|---|---|---|---|
| Signature | S. B. Kotwal | Date | April 30, 2002 |

"Express Mail" Label No.: __EL 265 819 404  US__      Date of Deposit: __April 30, 2002__
I hereby certify that this is being deposited with the United States Postal Service "Express Mail Post Office to Addressee" service under 37 CFR 1.10 on the date indicated above, addressed to: Assistant Commissioner for Patents, Washington, D.C. 20231

By: _____

PA 3218551 v1

PTO/SB/35 (02-01)
Approved for use through 10/31/2002. OMB 0651-0031
U.S. Patent and Trademark Office; U. S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

| NONPUBLICATION REQUEST CERTIFICATION UNDER 35 U.S.C. 122(b)(2)(B)(i) | First Named Inventor | Liddy, Elizabeth D. |
|---|---|---|
| | Title | TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN |
| | Atty Docket Number | 017704-001012US |

I hereby certify that the invention disclosed in the attached application **has not and will not be** the subject of an application filed in another country, or under a multilateral agreement, that requires publication at eighteen months after filing.

I hereby request that the attached application not be published under 35 U.S.C. 122(b).

April 30, 2002
_____
Date

*S. B. Kotwal*
_____
Signature

Sujit B. Kotwal, Reg. No. 43,336
_____
Typed or printed name

This request must be signed in compliance with 37 CFR 1.33(b) and submitted with the application **upon filing.**

Applicant may rescind this nonpublication request at any time. If applicant rescinds a request that an application not be published under 35 U.S.C. 122(b), the application will be scheduled for publication at eighteen months from the earliest claimed filing date for which a benefit is claimed.

If applicant subsequently files an application directed to the invention disclosed in the attached application in another country, or under a multilateral international agreement, that requires publication of applications eighteen months after filing, the applicant **must** notify the United States Patent and Trademark Office of such filing within forty-five (45) days after the date of the filing of such foreign or international application. **Failure to do so will result in abandonment of this application (35 U.S.C. 122(b)(2)(B)(iii)).**

Burden Hour Statement: This collection of information is required by 37 CFR 1.213(a). The information is used by the public to request that an application not be published under 35 U.S.C. 122(b) (and the PTO to process that request). Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This time is estimated to take 6 minutes to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
PA 3218570 v1

## Application Data Sheet

### Application Information

| | |
|---|---|
| Application number:: | To Be Assigned |
| Filing Date:: | Herewith |
| Application Type:: | Regular |
| Subject Matter:: | Utility |
| Suggested classification:: | |
| Suggested Group Art Unit:: | |
| CD-ROM or CD-R??:: | |
| Number of CD disks:: | |
| Number of copies of CDs:: | |
| Sequence Submission:: | |
| Computer Readable Form (CRF)?:: | |
| Number of copies of CRF:: | |
| Title:: | TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN |
| Attorney Docket Number:: | 017704-001012US |
| Request for Early Publication:: | No |
| Request for Non-Publication:: | Yes |
| Suggested Drawing Figure:: | 6 |
| Total Drawing Sheets:: | 6 |
| Small Entity?:: | Yes |
| Latin name:: | |
| Variety denomination name:: | |
| Petition included?:: | No |
| Petition Type:: | |
| Licensed US Govt. Agency:: | |
| Contract or Grant Numbers One:: | |

Secrecy Order in Parent Appl.::          No

**Applicant Information**

Applicant Authority Type::               Inventor
Primary Citizenship Country::            US
Status::                                 Full Capacity
Given Name::                             Elizabeth
Middle Name::                            D.
Family Name::                            Liddy
Name Suffix::
City of Residence::                      Syracuse
State or Province of Residence::         NY
Country of Residence::                   US
Street of Mailing Address::              104 Victoria Place
City of Mailing Address::                Syracuse
State or Province of mailing address::   NY
Country of mailing address::             US
Postal or Zip Code of mailing address::  13210


**Correspondence Information**

Correspondence Customer Number::         20350

**Representative Information**

Representative Customer Number::

**Domestic Priority Information**

| Application:: | Continuity Type:: | Parent Application:: | Parent Filing Date:: |
| --- | --- | --- | --- |
| This Application | Continuation of | 09/942,027 | 08/28/01 |
| 09/942,027 | Continuation of | 09/699,288 | 10/26/00 |

| 09/699,288 | Non-Provisional of | 60/161,792 | 10/27/99 |
| 09/699,288 | Continuation-in-part of | 09/280,228 | 03/29/99 |
| 09/280,228 | Continuation of | 08/795,658 | 02/06/97 |
| 08/795,658 | Non-Provisional of | 60/011,369 | 02/09/96 |
| 08/795,658 | Non-Provisional of | 60/015,512 | 04/16/96 |

## Foreign Priority Information

Country::                    Application number::              Filing Date::


## Assignee Information

Assignee Name::

Street of mailing address::

City of mailing address::

State or Province of mailing address::

Country of mailing address::

Postal or Zip Code of mailing address::

Attorney Docket No.: 17704-001010US

# PATENT APPLICATION

## TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN

Inventor(s):

> Elizabeth D. Liddy, a citizen of United States, residing at,
> 104 Victoria Place
> Syracuse, NY 13210

Assignee:

> TEXTWISE LLC.
> 2-212 Center for Science and Technology
> Syracuse, NY  13244

Entity:       Small business concern

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California  94111-3834
Tel: 650-326-2400

<u>PATENT</u>
Attorney Docket No.: 17704-001010US

# TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN

## CROSS-REFERENCES TO RELATED APPLICATIONS

5        This application claims priority from the following applications, the entire disclosures of which are herein incorporated by reference for all purposes:

(1) U.S. Provisional Patent Application No. 60/161,792 filed October 27, 1999; and

(2) U.S. Patent Application No. 09/280,228 filed March 29, 1999 which is
10   a continuation of and claims the benefit of U.S. Patent Application No. 08/795,658 (which issued as U.S. Patent No. 6,076,088), filed February 6, 1997, which in turn claims priority from U.S. Provisional Application No. 60/015,512 filed April 16, 1996 and U.S. Provisional Application No. 60/011,369, filed February 9, 1996, the entire disclosures of which are herein incorporated by reference for all purposes.

15        This application also incorporates by reference the following documents in their entirety for all purposes:

(1) U.S. Patent Application No. 08/696,701 filed August 14, 1996 which issued as U.S. Patent No. 6,006,221;

(2) U.S. Patent Application No. 08/698,472 filed August 14, 1996 which
20   issued as U.S. Patent 5,963,940; and

(3) U.S. Patent Application No. 08/696,702 filed August 14, 1996 which issued as U.S. Patent 6,026,388.


## APPENDIX

25        The following appendix is being filed with this application, the entire contents of which are herein incorporated by reference for all purposes:

Appendix A (30 pages) – "Guard-it" Document


## BACKGROUND OF THE INVENTION

30        The present invention relates generally to the field of computer data security and content-based filtering of information.  In particular, the present invention relates to the application of natural language processing (NLP) and information retrieval

techniques to classification of information based on its content, and controlling the
distribution or dissemination of the information based on the classification.

With the widespread use of computers, an expanding telecommunication
network, and the rising popularity of the Internet, an increasing amount of information is
5   now being stored and communicated/distributed in electronic form for both personal and
business purposes. Although increased connectivity has facilitated the free flow of
information, it has also created data security problems for organizations and individuals
who wish to prevent access to or prevent spread of sensitive information from secure
domains to the non-secure outside world. In particular, communication techniques such
10   as electronic mail (E-Mail), electronic faxes, and the like, have made the networks of
these organizations susceptible to information leakage problems whereby sensitive
information is transmitted to unauthorized users by processes/entities with legitimate
access to the information.

For example, a corporation may be very interested in preventing the
15   distribution of inappropriate information such as trade secrets, hate messages, indecent
materials, etc. which may expose the corporation to monetary damages, adverse legal
action, or even the corporation's reputation. Government and military organizations may
be very interested in preventing leakage of sensitive information from their secure
networks to the outside world. Likewise, organizations such as hospitals, banks, and
20   credit agencies may want to prevent the dissemination of patient and client information to
unauthorized users.

Traditionally, organizations have attempted to reduce information leakage
by employing security personnel who manually monitor the contents of information
carrying messages which originate in a secure domain and whose destination lies outside
25   the secure domain or of messages whose sender is a member of a secure domain but
whose recipient is not a member of the secure domain. The outgoing messages are
allowed to leave the boundaries of the secure domain only if the contents of the outgoing
messages do not violate predefined security policies for that secure domain. While this
approach is effective in controlling the spread of sensitive information, it is very human
30   resource intensive and thus very expensive.

Currently, a number of security products are available which automate the
task of controlling the dissemination of information from a secure domain. These
security products are designed to monitor the contents of outgoing messages passing from
secure domains and flag those messages which violate security policies. These tools are

2

commonly referred to as "boundary controllers" since they monitor the contents of outgoing messages crossing the boundary of a secure domain to the outside world. An example of such a security product is the MINEsweeper product from Integralis (Content Technologies, Inc.).

5        The boundary controllers described above monitor the contents of outgoing messages based on a "keyword list" or "dirty word" list. The boundary controllers are configured to flag outgoing messages which contain one or more keywords contained in the keyword list or dirty word list. This approach is lexically based and thus can be easily circumvented by using "innocent" words in the outgoing message instead of

10   the "dirty" words. Further, since the nature of sensitive information can change dynamically, the keywords list needs to be continually updated which is administratively cumbersome. Additionally, since the boundary controllers use simple word matching techniques, they cannot take into account that a particular "dirty" word can be used in various different contexts, not all of which should be flagged. Consequently,

15   conventional boundary controllers are often plagued by errors and inconsistencies and as a result cannot assure information security.

        Thus, there is a need for a system and method which can provide greater information security than that offered by prior art techniques.

20                 SUMMARY OF THE INVENTION

        The present invention describes a system, method, and computer program for controlling distribution of a message from a secure domain to a destination outside the secure domain. According to an embodiment, the present invention constructs semantic models for a plurality of message categories and for outgoing messages. The semantic

25   model of an outgoing message is then compared with the semantic models of the plurality of message categories and the outgoing message is classified based on the comparison. The present invention then uses the classification information for the message to determine if the message can be distributed outside the secure domain.

        According to an embodiment, the present invention compares the semantic

30   model of the message with the semantic models for the plurality of message categories and determines a degree of similarity between the semantic model of the message and the semantic model for each message category in the plurality of message categories. A message is classified as belonging to a message category if the degree of similarity between the semantic model of the message and the semantic model of the message

3

category exceeds a threshold degree of similarity.  The threshold degree of similarity may be user-defined.

According to another embodiment, the present invention determines if the message can be distributed to a recipient outside the secure domain by determining if the

5     message violates a security policy.  The present invention may determine a security clearance level for the sender of the message, the recipient, and for the message category to which the message was classified.  The present invention may indicate that the message violates the security policy if the security clearance level of the sender or recipient is lower than the security clearance level of the message category.  In case of a

10     security policy violation, the present invention may prevent distribution of the message to the recipient.  Messages which do not violate any security policies may be forwarded to the recipient.

According to another embodiment of the present invention, information about unclassified message is presented to the user via a graphical user interface to

15     facilitate manual classification.  The graphical user interface allows a user to manually classify the message.  The graphical user interface may also allow the user to indicate if the message violates a security policy.

According to yet another embodiment of the present invention, manually classified messages may be forwarded to a machine learning module which compares the

20     semantic representations of the manually classified message and the message category to which the message was manually classified.  The semantic model of the message category may be updated based on the comparison.

The invention will be better understood by reference to the following detailed description and the accompanying figures.

25

BRIEF DESCRIPTION OF THE DRAWINGS

Fig. 1 is a simplified block diagram of a distributed computer network 10 incorporating an embodiment of the present invention;

Fig. 2 is a simplified block diagram of computer system incorporating an

30     embodiment of the present invention;

Fig. 3 is a simplified high-level flowchart depicting various steps for controlling the distribution of information from a secure domain, according to an embodiment of the present invention;

4

Fig. 4 is a simplified flow chart depicting various steps for constructing a semantic model for a message category according to an embodiment of the present invention;

5 Fig. 5 is a simplified flow chart showing various steps for constructing a semantic model for an outgoing message according to an embodiment of the present invention; and

Fig. 6 depicts a block diagram of the various subsystems and components of a boundary controller system according to an embodiment of the present invention.

10 DESCRIPTION OF THE SPECIFIC EMBODIMENTS

Fig. 1 is a simplified block diagram of a distributed computer network 10 incorporating an embodiment of the present invention. Computer network 10 includes a number of computers systems 12 coupled with a communication network 14 via a plurality of communication links 16. Communication network 14 and communication

15 links 16 provide a mechanism for allowing the various components of computer network 10 to communicate and exchange information with each other. Communication network 14 may itself be comprised of many interconnected computer systems and communication links. Communication links 16 may be hardwire links, optical links, satellite or other wireless communications links, wave propagation links, or any other

20 mechanisms for communication of information. While in one embodiment, communication network 14 is the Internet, in other embodiments, communication network 14 may be any suitable computer network. Distributed computer network 10 depicted in Fig. 1 is merely illustrative of an embodiment incorporating the present invention and does not limit the scope of the invention as recited in the claims. One of

25 ordinary skill in the art would recognize other variations, modifications, and alternatives.

The present invention is a meaning-based boundary controller which controls the distribution of information crossing the boundary of a secure domain by automatically detecting outgoing messages which violate security policies corresponding to that security domain. Distributed computer network 10 may include one or more

30 security domains. A secure domain may be configured to include a single computer system, or a plurality of computer systems, a LAN, a WAN, or the like. A secure domain may also be configured to include one or more processes executing on a computer system. For example, for a newsgroup application, the people who submit messages to the newsgroup can be considered as belonging to one secure domain, and the newsgroup

5

itself can be considered as belonging to another secure domain, and the boundary between these two domains may be controlled by the present invention.

Fig. 2 is a simplified block diagram of computer system 12 incorporating an embodiment of the present invention. Computer system 12 typically includes at least

5    one processor 22 which communicates with a number of peripheral devices via bus subsystem 20. These peripheral devices typically include a storage subsystem 30, comprising a memory subsystem 32 and a file storage subsystem 38, user interface input devices 28, user interface output devices 26, and a network interface subsystem 24. The input and output devices allow human interaction with computer system 12. Network

10    interface subsystem 24 provides an interface to outside networks, including an interface to communication network 14, and is coupled via communication network 14 to corresponding interface devices in other computer systems.

User interface input devices 28 may include a keyboard, pointing devices such as a mouse, trackball, touchpad, or graphics tablet, a scanner, a touchscreen

15    incorporated into the display, audio input devices such as voice recognition systems, microphones, and other types of input devices. In general, use of the term "input device" is intended to include all possible types of devices and ways to input information into computer system 12 or onto computer network 14.

User interface output devices 26 may include a display subsystem, a

20    printer, a fax machine, or non-visual displays such as audio output devices. The display subsystem may be a cathode ray tube (CRT), a flat-panel device such as a liquid crystal display (LCD), or a projection device. The display subsystem may also provide non-visual display such as via audio output devices. In general, use of the term "output device" is intended to include all possible types of devices and ways to output

25    information from computer system 12 to a human or to another machine or computer system.

Storage subsystem 30 stores the basic programming and data constructs that provide the functionality of the various systems embodying the present invention. For example, the various modules implementing the functionality of the present invention

30    may be stored in storage subsystem 30. These software modules are generally executed by processor 22. In a distributed environment, the software modules may be stored on a plurality of computer systems and executed by processors of the plurality of computer systems. Storage subsystem 30 typically comprises memory subsystem 32 and file storage subsystem 38.

6

Memory subsystem 32 may include a number of memories including a main random access memory (RAM) 36 for storage of instructions and data during program execution and a read only memory (ROM) 34 in which fixed instructions are stored. File storage subsystem 38 provides persistent (non-volatile) storage for program

5   and data files, and may include a hard disk drive, a floppy disk drive along with associated removable media, a Compact Digital read Only Memory (CD-ROM) drive, an optical drive, or removable media cartridges. One or more of the drives may be located at remote locations on other connected computers at another site on communication network 14.

10   Bus subsystem 20 provides a mechanism for letting the various components and subsystems of computer system 12 communicate with each other as intended. The various subsystems and components of computer system 12 need not be at the same physical location but may be distributed at various locations within distributed network 10. Although bus subsystem 20 is shown schematically as a single bus, alternate

15   embodiments of the bus subsystem may utilize multiple busses.

Computer system 12 itself can be of varying types including a personal computer, a portable computer, a workstation, a computer terminal, a network computer, a television, a mainframe, or any other data processing system. Due to the ever-changing nature of computers and networks, the description of computer system 12 depicted in Fig.

20   2 is intended only as a specific example for purposes of illustrating an embodiment of the present invention. Many other configurations of computer system 12 are possible having more or less components than the computer system depicted in Fig. 2.

Fig. 3 depicts a simplified high-level flowchart 50 depicting various steps for controlling the distribution of information from a secure domain, according to an

25   embodiment of the present invention. These steps are typically performed by a boundary controller computer system which is responsible for controlling the flow of information crossing the boundary of that secure domain. The steps may be performed by various modules resident on the boundary controller computer system, and executed by a processor within the boundary controller computer system. In alternate embodiments, the

30   steps depicted in flowchart 50 may be performed by a plurality of computer systems 12.

The task of controlling flow of information from a secure domain typically involves classifying the information carrying message into one or more categories based on the contents of the message, followed by determining if the message violates any security policies based on the classification. As depicted in Fig. 3, in order to facilitate

7

classification of outgoing messages, the present invention constructs semantic models for one or more message categories (step 52). The message categories along text describing the message categories are usually provided by the user of the present invention. The present invention then constructs a semantic model for an outgoing message based on the

5    contents of the outgoing message (step 54). The semantic model of the outgoing message is then compared with the semantic models of the message categories constructed in step 52 to determine a degree of similarity between the semantic models (step 56). The outgoing message may then be classified based on the degree of similarity obtained from the comparison performed in step 56 (step 58). The present invention may then

10   determine if the outgoing message can be distributed outside the secure domain based on the classification of the outgoing message (step 60). Each of the steps shown in Fig. 3 are described below in further detail.

Fig. 4 depicts a flow chart 70 showing various steps performed by the present invention for constructing a semantic model for a message category (step 52 in

15   Fig. 3). Broadly, the step of constructing a semantic model for a message category may be accomplished in two stages. During the first stage, the present invention uses natural language processing and information retrieval techniques to generate a set of text segments that are closely related to the meaning of the message category as described by the message category descriptive text provided by the user. The first stage typically

20   includes steps 72, 74, 76, 78, and 80 shown in Fig. 4. During the second stage, the present invention extracts structured knowledge representation for the message category from the set of text segments retrieved in stage one. The second stage typically includes step 82 shown in Fig. 4. The knowledge representations extracted from the text segments constitute a semantic model for the corresponding message category. Each of these steps

25   are described below in further detail.

As depicted in Fig. 4, the present invention receives textual description (or topic statements) corresponding to the message category for which a semantic model is to be built (step 72). The message category along with its associated description may be input by a user of the present invention or may alternatively be retrieved or generated

30   automatically from one or more classification guides accessible to the present invention. A classification guide typically contains a list of message categories, their descriptions, and their corresponding classification levels. An example of such a classification guide is the declassified TRADOC Standard Security Classification Guide used by the Department of Defense. Examples of classified message categories listed in the

TRADOC guide include "quantities of specific items of equipment", "weather impacts on operations", "ammunition expenditures," etc. and the associated security clearance levels may be "Secret," 'Top Secret," "Confidential," etc. Many different types of message categories and their descriptions may be input to the present invention.

5        The message category description or topic statements are then parsed into their concepts (step 74). The present invention then expands the concepts using a comprehensive lexical database (step 76). An example of a lexical database is the WordNet lexical database. WordNet is an ontology which organizes concepts using various semantic relations such as synonyms or hyponyms. The parsed and expanded

10    message category representations are then submitted as queries to a natural language processing information retrieval (NLPIR) system (step 78). An example of a natural language processing information retrieval system is the "DR-LINK" system developed by Textwise LLC of Syracuse. For further information on the DR-LINK system, please refer to U.S. Patent Application No. 08/698,472 filed August 14, 1996 which issued as U.S.

15    Patent No. 5,963,940, and U.S. Patent Application No. 08/696,702 filed August 14, 1996 which issued as U.S. Patent No. 6,026,388, the entire disclosures of which are herein incorporated by reference for all purposes.

        In response to the queries, the natural language processing information retrieval system retrieves a set of text segments relevant to the queries from a document

20    collection accessible to the natural language processing information retrieval system (step 80). The document collection typically contains documents, texts, etc. which contain information relevant to the message category. The present invention can process any type of text, and is thus a domain-independent system which is easily scalable. For example, for a message category related to a military environment, the document collection may

25    include military manuals, military procedure documents, statements of military doctrine, etc. Similarly, for a message category related to a product in a corporate setting, the document collection may include design documents for the product, user's manuals for the product, marketing reports for the product, and the like. The text segments output by the natural language processing information retrieval system expand the representation of

30    the message category description by providing examples of the topic, by indicating synonymous phrasings of the topic, etc. These text segments form the basis for generating an enriched knowledge representation for the corresponding message category.

        A knowledge extraction system then extracts rich structured knowledge representations from the text segments retrieved in step 80 (step 82). An example of a

9

knowledge extraction system is the "KNOW-IT" system, developed by Textwise LLC of Syracuse. The KNOW-IT system accepts text as input and extracts semantic relations between the concepts expressed in the texts. These concepts and relations provide a representation of the meaning expressed by the texts. The concepts and relations are

5   represented as "concept-relation-concept" triples (or CRCs), or "relation-concept" tuples (or RCs). The CRCs and RCs encapsulate a generalized representation of the structure and meaning of each text segment. The set of CRCs and RCs extracted from the text segments constitute a semantic model of the structured meaning of the corresponding message category. For further information on the use CRCs and RCs please refer to U.S.

10   Patent Application No. 08/795,658 filed February 6, 1997 which issued as U.S. Patent No. 6,076,088, and U.S. Patent Application No. 09/280,228 filed March 29, 1999, the entire disclosures of which are herein incorporated by reference for all purposes. The knowledge representations assigned to the text segments constitute a semantic releasability model for the corresponding message category.

15           Fig. 5 depicts a flow chart 84 showing various steps performed by the present invention for building a semantic model for an outgoing message (step 54 of flowchart 50 depicted in Fig. 3). These steps are typically performed in real-time when a boundary controller computer system incorporating the teachings of the present invention receives an outgoing message. The outgoing message may have various different forms

20   such as an E-mail message with or without attachments, newswire text, web pages, HTML documents, etc.

          As shown in Fig. 5, the present invention parses the outgoing message to extract meta-information (or functional fields) from the outgoing message (step 86). For example, meta-information for an Email message may include message sender

25   information, message recipient information (information about a direct recipient or a "carbon-copy" recipient), sender's classification level information, a recipient's classification level information, time stamp information for the message, text information for the message, etc. The meta-information may vary for different types of outgoing message or may even vary within the same type of outgoing messages. The contents of

30   the meta-information or the functional fields are then processed by a knowledge extraction system, such as the KNOW-IT system, to extract knowledge representations for the outgoing message (step 88). The knowledge extraction system used for constructing the semantic model for the outgoing message may be the same as or different from the knowledge extraction system used for building semantic models for the message

10

categories. The knowledge representations extracted in step 88 comprise the structured, meaning representation of the message and constitute the semantic model for the outgoing message.

5    After a semantic model for an outgoing message have been constructed, the semantic model of the outgoing message is compared with the semantic models of the message categories to determine a degree of similarity between the semantic models (step 56 of flowchart 50 depicted in Fig. 3). A similarity metric may be used to assess the degree of similarity between the semantic models. If the degree of similarity exhibited between an outgoing message semantic model and a message category semantic model

10    exceeds a threshold degree of similarity value, the message may be classified as belonging to that message category. A threshold degree of similarity metric may be set separately for each message category, or alternatively, a common threshold may be set for all the message categories. An outgoing message may be classified into one or more message categories.

15    If none of the comparisons yield a degree of similarity higher than the threshold degree of similarity, the message may be categorized as "unclassified." "Unclassified" messages may include outgoing messages whose semantic models did not exhibit any similarity with the message category semantic models, and/or outgoing messages whose semantic models exhibited some similarity with a message category

20    semantic model, but whose degree of similarity was lower than the threshold degree of similarity for the corresponding message category semantic model.

Unclassified messages may be forwarded to a security officer for manual inspection and classification. According to an embodiment of the present invention, a user interface is provided which displays unclassified messages to the security office in a

25    manner which facilitates efficient and effective manual classification of the messages by the security office. The information displayed by the user interface to facilitate manual classification may include information identifying one or more message categories whose semantic models exhibited some similarity with the unclassified outgoing message semantic model, the text segment of the outgoing message which matched the message

30    category semantic models, the classification level associated with the message categories which exhibited some similarity with the outgoing message, the degree of similarity between the models and the threshold degree of similarity values, and other similar information. The user interface may also allow users to query the present invention for an explanation of why the outgoing message matched one or more message category

11

semantic models.  In response the present invention may display the correspondence between the outgoing message and the message category semantic model.  Other information which may facilitate classification of the outgoing messages may also be displayed using the user interface.

5          The threshold degree of similarity metric allows users of the present invention to customize the level of precision and the level of efficiency (or recall) exhibited by the present invention.  The level of precision indicates the number of correctly classified messages, and may be calculated by dividing the number of correctly classified messages by the total number of messages which were classified.  The level of

10        efficiency reflects the level of automation of the boundary controller, and may be calculated by dividing the number of classified messages by the total number of messages, including classified and unclassified messages.  Accordingly, a high level of efficiency indicates a lower number of unclassified messages which have to undergo manual inspection and classification.

15        Generally, there is a trade-off between precision and efficiency since higher precision usually means lower efficiency, and vice versa.  Accordingly, setting the precision and efficiency levels essentially amounts to striking a balance between human work load and the risk of an incorrect classification.  Lower efficiency and the higher precision implies more work for the security officer but assures that a higher percentage

20        of the messages will be correctly classified.

The present invention allows users to set efficiency and precision levels and thus allows users to customize the performance of the present invention to favor precision or efficiency.  For example, in order to improve overall use of system and human resources, the present invention may be configured to generate the minimum

25        number of unclassified messages by lowering the precision threshold.  This typically involves lowering the threshold degree of similarity metric for a message category.  Conversely, in a highly secure environment such as a military environment, the threshold degree of similarity value may be raised to ensure higher precision.  According to an embodiment of the present invention, a "learning module" may be provided which helps

30        to increase both the precision and efficiency of the present invention.  Further details about the learning module are provided below.

As an example of how an outgoing message semantic model is compared with message category semantic models, consider a message category such as "Threat Force Organization: composition" (from the TRADOC Standard Scenario Security

12

Classification Guide) which is described by text "the enemy is composed of 2,600 tanks."
In this case, "tanks" and "2,600" would be generalized, respectively, to military hardware
type and numeric concept type. Accordingly, the meaning of the message category would
be represented by three general concepts, namely, enemy type, military hardware type,

5   and numeric concept type. The semantic model for the message category may be
represented by a network of semantic relations between these three concepts. Given this
semantic representation of the message category, there would be a match between the
semantic model and an outgoing message containing the text fragment "Iraq has 400
fighters," since "Iraq," "400," and "fighters" will be respectively typed as an enemy

10  concept, a numeric concept, and a military hardware concept, which would match the
concepts in the semantic model for the message category.

After an outgoing message has been classified, the present invention may
determines, based on the outgoing message classification, if the outgoing message may be
distributed outside the boundaries of the secure domain (step 60 of flowchart 60 depicted

15  in Fig. 3). This determination usually depends on security policies instituted by the user
for the secure domain. In one embodiment, the boundary controller computer system
may be configured to determine the security clearance level of the message category
corresponding to the message classification and compare it with the security clearance
levels of the outgoing message's sender and recipients. The boundary controller may

20  prohibit distribution of the outgoing message if the security clearance level of the
message category is higher (or not compatible) with the security clearance levels of either
the sender of the message or the recipients of the message. The outgoing message may be
flagged as violating a security policy.

The present invention may be configured to perform user-defined

25  procedures based on whether or not a message violates a security policy. For example, in
case of a security violation, the present invention may be configured to log the security
violation, and to notify the message sender that the message could not be delivered to the
recipients because of a security policy violation. Alternatively, if there is no security
violation, the boundary controller may be configured to forward the outgoing message to

30  a mail server for distribution to the recipients. User-defined procedures may be
performed on both manually classified messages and messages classified by the boundary
controller.

Fig. 6 depicts a block diagram of the various subsystems and components
of a boundary controller system 100 according to an embodiment of the present invention.

13

Broadly, boundary controller system 100 comprises a batch processing subsystem 101 and a real-time processing subsystem 102. Batch processing sub-system 101 is configured to construct semantic models for the various message categories. In the specific embodiment depicted in Fig. 6, batch processing subsystem 101 includes a

5  natural language processing information retrieval (NLPIR) system 110, a message category information extractor 104, a parser and semantic tagger 106, a lexical database 108, a knowledge extraction system 120, and a database 122 for storing the semantic models of the message categories.

Real-time processing subsystem 102 is responsible for constructing

10  semantic models for outgoing messages in real-time, comparing the semantic models of the messages to the semantic models of the message categories, classifying the outgoing messages based on the comparison, and performing appropriate action based on the classification of the outgoing messages. In the specific embodiment depicted in Fig. 6, real-time processing subsystem 102 includes a meta-information interpreter 124, an

15  outgoing message database 126, a knowledge extraction system 128, a semantic model comparator and message classifier 130, a security checker 132, a rejected message database 134, and optionally a manual message inspector 136, and a supervised learner module 138. Each of the modules/components of batch processing subsystem 101 and real-time processing subsystem 102 are described below in further detail. Many other

20  configurations of batch processing subsystem 101 and real-time processing subsystem 102 are possible having more or less components than those shown in Fig. 6.

As described above, according to the teachings of the present invention, message categories along with their descriptive information may be input directly by a user, or may alternatively be retrieved from one or more classification guides by message

25  category information extractor 104. The message category information, which includes message category identification information and message category descriptive information, is then forwarded to parser and semantic tagger 106 which uses various syntactic and semantic analysis techniques to parse the message category information and extract concepts which represent the message category.

30  Parser and semantic tagger 106 may then expand the concepts by consulting lexical database 108. Lexical database 108 is used to assign appropriate synset identifiers to concepts extracted from the message category information. An example of a lexical database is the WordNet lexical database. WordNet is an ontology which organizes concepts using various semantic relations such as synonyms or hyponyms. The

WordNet synset assignment process is equivalent to the word sense disambiguation process which selects the most appropriate sense for a word. Accordingly, the WordNet synset assignment is equivalent to the conversion of the word terms into concepts. The synsets associated with a message category provide alternative ways of phrasing the

5     contents of the message category information and thus expand the representation of the message category information to facilitate the information retrieval process.

The expanded message category representations are then passed as queries to NLPIR system 110. As previously stated, the "DR-LINK" system developed by Textwise LLC of Syracuse is an example of a NLPIR system which may be used in

10    accordance with the present invention. For further information on the DR-LINK system, please refer to U.S. Patent Application No. 08/698,472 filed August 14, 1996 which issued as U.S. Patent 5,963,940, and U.S. Patent Application No. 08/696,702 filed August 14, 1996 which issued as U.S. Patent No. 6,026,388, the entire disclosures of which are herein incorporated by reference for all purposes.

15    NLPIR system 110 may include an indexer 114, a database 116, and a matcher 118. NLPIR system 110 also has access to a document collection 112 which stores documents, texts, etc. which may contain information relevant to the various message categories. Indexer 114 accesses information stored in document collection 112 and indexes the text segments from document collection 112 to facilitate information

20    retrieval by NLPIR system 110. Indexer 114 may assign part-of-speech tags to the words in document collection 112, classify proper nouns into semantic categories, identify concept boundaries, etc. Indexer 114 may store the original texts from document collection 112 along with their corresponding syntactic and semantic annotations generated by indexer 114 in database 116. Indexer 114 thus converts raw documents

25    from document collection 112 into a searchable database 116 by recognizing and representing the concepts in the documents. Matcher 118 receives the queries and consults database 116 to retrieve text segments relevant to the queries. The retrieved text segments are then forwarded to knowledge extraction system 120.

Knowledge extraction system 120 uses the text segments as a basis for

30    building semantic models for the message categories. Knowledge extraction system 120 converts the text segments into a knowledge representation which specifies the conceptual meaning of the message category and constitutes the semantic model for the message category. The semantic models generated by knowledge extraction system 120 may be stored in message category semantic model database 122. The semantic

15

information stored in message category semantic model database 122 can then be used to classify outgoing messages.

As previously stated, the "KNOW-IT" system developed by Textwise LLC of Syracuse is an example of a knowledge extraction system which may be used in
5    accordance with the present invention. The KNOW-IT system extracts knowledge from texts and builds knowledge bases automatically. The knowledge representation constructed by the KNOW-IT system consists of sets of concept-relation-concept (CRC) triples and relation-concept (RC) tuples.

Outgoing messages received by boundary controller 100 are input to real-
10    time processing system 102. Meta-information interpreter 124 receives an outgoing message and parses the message into functional fields or elements such as message sender, message recipient, sender's security clearance level, recipient's security clearance level, time stamp of the message, and other administrative information and meta-information. As previously stated, the meta-information may vary for different types of
15    outgoing messages or may even vary for the same type of outgoing messages. The message may then be indexed based on the functional fields and stored in outgoing message database 126. The information stored in outgoing message database 126 is used during the message classification process and also provides an audit trail of outgoing messages. Outgoing message database 126 may also offer text searching capabilities and
20    allow users of the present invention to retrieve messages or portions of messages using ad hoc queries.

The information retrieved from the outgoing message is then forwarded to knowledge extraction system 128 for further processing. Knowledge extraction system 128 extracts knowledge representations from the outgoing message information and
25    constructs a semantic model for the outgoing message using the extracted knowledge representations. Knowledge extraction system 128 may be the same as or different from knowledge extraction system 128 used for constructing semantic models for the various message categories. Using the same knowledge extraction system ensures that the semantic models constructed for the message categories and the outgoing messages have
30    the same underlying structure which facilitates comparisons, even when different words and syntax are used in the message category descriptions and in the outgoing message. In one embodiment of the present invention, the "KNOW-IT" system developed by Textwise LLC of Syracuse may be used as knowledge extraction system 128.

The outgoing message semantic model is then passed to comparator and classifier 130 which assesses the degree of similarity between the message semantic model and message category semantic models stored in message category semantic model database 122. The similarity measure is based on a matching algorithm which matches

5   the outgoing message semantic model representations against representations of the message category semantic models. If the degree of similarity exhibited between a message category semantic model and the outgoing message semantic model is higher than the threshold degree of similarity metric for that message category, then the outgoing message may be classified as belonging to that message category. Unclassified messages

10   may be forwarded to manual message inspector 136 for manual classification.

The outgoing message classification information is then passed to security checker 132 which determines whether the distribution of the outgoing message to its recipients violates a user-defined security policy. In one embodiment, security checker 132 may determine the security clearance level for the message category and compare it

15   to the security clearance levels of the sender and the recipients. If the security clearance levels of the sender or recipients are lower that the security clearance level of the corresponding message category, the distribution of the message to one or more recipients may be prohibited.

The present invention may be configured to perform user-defined

20   procedures based on whether or not a message violates a security policy. Outgoing message which violate a security policy may be stored in a rejected message database 134. Several other procedures may be defined to deal with messages which violate a security policy. If no security policy is violated, the outgoing message may be forwarded to a mail server 140, for example a POP server, for distribution to its recipients. In

25   specific embodiments of the present invention, the functionality of security checker 132 may be incorporated into comparator and classifier 130.

In one embodiment of the present invention shown in Fig. 6, outgoing messages which cannot be classified by comparator and classifier 130 are forwarded to manual message inspector 136 for manual inspection and classification by the user or a

30   security officer. Manual message inspector 136 provides a graphical user interface (GUI) which can display information about the unclassified message to facilitate classification of the message by the user. Information displayed by manual message inspector 136 may include the message text or sections thereof which showed some similarity with one or more message categories, information about one or more message categories which

17

showed similarity with the message or sections thereof, the reason for the similarity, meta-information about the message, security clearance levels of the message category and the message, and other information which facilitates manual classification of the message. The user may use this information to manually classify the message into one or

5 more message categories. After the user manually classifies the message, the message may be forwarded to security checker 132 for further processing.

In alternate embodiments of the present invention, manual message inspector 136 also allows the user to indicate if the message violates a security policy. Messages which violate a security policy maybe in stored rejected message database 134

10 and processed according to predefined procedures. Messages which do not violate any security policy may be forwarded to mail server 140, for example a POP server, for distribution to its recipients.

In a specific embodiment of the present invention, copies of manually classified messages may also be forwarded to supervised learner module 138. Supervised

15 learner module 138 is a machine learning subsystem which helps improve the precision and efficiency of the present invention. Supervised learner module 138 induces a classification model from the corpus of manually classified outgoing messages and uses the classification model to improve the precision and/or recall of the boundary controller as a whole. The rules output by supervised learner module 138 are used to enhance the

20 performance of the present invention and to decrease its reliance on manual intervention.

Supervised learner module 138 is based on the premise that learning from data that could not be automatically classified and which is manually classified is an effective tool for improving automated classification. Supervised learner module 138 is based on a supervised learning algorithm. Learner 138 develops rules based on the

25 manual classification and applies these rules to the message category semantic models stored in database 122. The rules are refined with every manually classified message passed to learner 138. Accordingly, over time, supervised learner module 138 enables the present invention to achieve high precision while minimizing the need for manual classification. As a result, learner 138 enables the present invention to reduce the amount

30 of human intervention needed to check the distribution of outgoing messages.

Supervised learner module 138 may use several machine learning techniques to accomplish the machine learning process. In one embodiment of the present invention, the decision tree method is used for machine learning. After a message has been manually classified, learner module 138 builds a decision tree to represent the

18

classification. This decision tree representation is then compared with semantic models of message categories with which the message showed some similarity. Based on the comparison, the semantic models of the particular message categories are updated to facilitate subsequent classification. If the user has indicated that the message violates a

5    security policy, then that information is also incorporated into the decision tree.

A machine learning program such as the C4.5 program (Quinlan 1993) may also be used by the present invention. The C4.5 program decision tree is a directed acyclic graph (DAG), each of whose nodes contains a test to be applied to a case and each of whose leaves corresponds to a class to which a case is assigned. The cases from which

10   C4.5 induces a decision tree consist of a set of attribute-value pairs and the class to which the case belongs. The assumption is that the attribute-value pairs explain/predict the membership of the case in the class. When given a sufficiently large number of cases, whose form has been antecedently specified, C4.5 will induce a decision tree which correctly classifies these cases and which predicts the class to which any new case will

15   belong. The classes may correspond to the message categories and the CRC concepts may be used as the properties. Accordingly, in a specific embodiment of the present invention, the C4.5 program may be used to facilitate machine learning in order to reduce the amount of human intervention needed to check the distribution of outgoing messages. Supervised learner module 138 thus induces a classification model from the corpus of

20   manually classified messages and uses the classification model to improve the precision and efficiency of the present invention as a whole.

As described above, the present invention is a modular meaning-based domain boundary controller which understands the semantic content of security classification guides, message categories, and outgoing messages. The present invention

25   constructs semantic knowledge representations for a plurality of message categories and for outgoing messages and compares the semantic representations at the level of conceptual content. This is accomplished using natural language processing and information retrieval techniques, and knowledge-base technologies which enable the present invention to understand and synthesize rich, conceptual-level representations of

30   the meanings of the message categories and the outgoing messages. This presents a significant advance over conventional boundary controllers based on "dirty word" lists which use simple keyword matches to perform boundary control. As a result, the present invention provides a customizable content-based information security tool which provides

19

information security while substantially minimizing the number of human resources need to provide the information security.

The present invention provides a seamless information assurance environment which has several applications in different environments. For example, as described above, the present invention can be used in government or military settings to control the distribution of sensitive government/military information. The present invention may also be used in a corporate environment. For example, a corporation may be very interested in monitoring/controlling the distribution of inappropriate information such as trade secret information, hate messages, indecent materials, and racist messages, and other information which may expose the corporation to adverse legal actions, result in monetary losses, or even tarnish the corporation's reputation. The present invention may also be used as an automatic moderator for a newsgroup such as a Usenet newsgroup. Since there is a clear isomorphism between inappropriate newsgroup postings and messages with classified content, a metric, according to the present invention, may be defined to classify messages as appropriate/inappropriate or classified/unclassified. In general, the present invention may be used in several applications which classify information based on the contents of the information. Other applications known to one of ordinary skill in the art are also encompassed within the scope of this invention.

The present invention also provides clearly defined application programming interfaces (APIs) which enable it to be integrated within a large information assurance architecture. The flexibility offered by the present invention thus allows it to be incorporated as a component in a variety of architecture systems. For example, the present invention can function as an enclave boundary controller and as a classification domain boundary controller. The present invention can ensure that information is released on a "need to know" basis and that the interfaces between the different security levels are effectively policed. The present invention can also be used in conjunction with other systems such as the Conceptual Interlingua Document Retrieval (CINDOR) system developed by Textwise LLC of Syracuse which will allow the present invention to be used in multilingual environments. For further details on the CINDOR system please refer to U.S. Patent Application No. 08/696,701 filed August 14, 1996 which issued as U.S. Patent No. 6,006,221.

Although specific embodiments of the invention have been described, various modifications, alterations, alternative constructions, and equivalents are also encompassed within the scope of the invention. The described invention is not restricted

20

to operation within certain specific data processing environments, but is free to operate within a plurality of data processing environments, such as a distributed computer network environment, a single stand-alone computer system environment, or other computing environments.  Additionally, although the present invention has been

5   described using a particular series of transactions and steps, it should be apparent to those skilled in the art that the scope of the present invention is not limited to the described series of transactions and steps.

Further, while the present invention has been described using a particular combination of hardware and software, it should be recognized that other combinations of

10   hardware and software are also within the scope of the present invention.  The present invention may be implemented only in hardware or only in software or using combinations thereof.

The specification and drawings are, accordingly, to be regarded in an illustrative rather than a restrictive sense.  It will, however, be evident that additions,

15   subtractions, deletions, and other modifications and changes may be made thereunto without departing from the broader spirit and scope of the invention as set forth in the claims.

REFERENCES:

20   Paik, W., Liddy, E.D., Yu, E.S. & McKenna, M. (1996).  "Categorizing and standardizing proper nouns for efficient information retrieval."  Corpus Processing for Lexicon Acquisition. MIT Press.

Liddy, E.D., Paik, W., McKenna, M. & Yu, E.S. (1995).  "A natural language text retrieval system with relevance feedback."  Proceedings of the 16th

25   National Online Meeting.

Liddy, E.D., Paik, W. & McKenna, M. (1995).  "Development and implementation of a discourse model for newspaper texts."  In Proceedings of the AAAI Symposium on Empirical Methods in Discourse Interpretation and Generation. Stanford, CA.

30   Liddy, E.D. (1995).  "Development and implementation of a discourse model for newspaper texts."  Proceedings of the Dagstuhl on Summarizing Text for Intelligent Communication. Saarbruken, Germany.

Liddy, E.D. & Myaeng, S.H. (1994).  "DR-LINK System: Phase I Summary."  Proceedings of the TIPSTER Phase I Final Report.

21

Liddy, E.D., Paik, W., Yu, E.S. (1994). "Text categorization for multiple users based on semantic information from a MRD." ACM Transactions on Information Systems.

Liddy, E.D., Paik, W., Yu, E.S. & McKenna, M. (1994). "Document retrieval using linguistic knowledge." Proceedings of RIAO '94 Conference.

Liddy, E.D., Jorgensen, C.L., Sibert, E.E., Yu, E.S. (1993). "A sublanguage approach to natural language processing for an expert system." Information processing and management.

Liddy, E.D. (1993). "An alternative representation for documents and queries." Proceedings of the 14th National Online Meeting.

Paik, W., Liddy, E.D., Yu, E.S. & McKenna, M. (1993). "Categorizing and standardizing proper nouns for efficient information retrieval." Proceedings of the ACL Workshop on Acquisition of Lexical Knowledge from Text.

Liddy, E.D., McVearry, K., Paik, W., Yu, E.S. & McKenna, M. (1993). "Development, implementation & Testing of a Discourse Model for Newspaper Texts." Proceedings of the ARPA Workshop on Human Language Technology, Princeton, NJ, March 21-24, 1993.

Liddy, E.D. & Paik, W. (1992). "Statistically-guided word sense disambiguation." In Proceedings of AAAI Fall '92 Symposium on Probabilistic Approaches to Natural Language. Boston.

Liddy, E. D. (1991). "The discourse-level structure of empirical abstracts: An exploratory study." Information processing and management, 27:1, pp. 55-81.

Liddy, E.D. & Paik, W. (1991). "An intelligent semantic relation assigner." Proceedings of Workshop on Natural Language Learning. Sponsored by IJCAI '91, Sydney, Australia.

Liddy, E. D. (1990). "Anaphora in natural language processing and information retrieval." Information processing and management. 26:1 pp. 39-52.

Liddy, E.D. (1988). "The discourse-level structure of natural language texts: An exploratory study of empirical abstracts." (Doctoral dissertation, Syracuse University).

Mitchell, Tom M. "Machine Learning." The McGraw-Hill Companies: New York, 1997.

22

Paik, Woojin. "Chronological Information Extraction System." In Proceedings of the Dagstuhl Seminar on Summarizing Text for Intelligent Communication. Saarbrucken, Germany, 1994.

Quinlan, J. Ross. "Discovering Rules by Induction from Large Collections

5  of Examples." In D.

Michie (Ed.), "Expert Systems in the Micro Electronic Age." Edinburgh University Press, 1979.

"Learning Efficient Classification Procedures and their Application to Chess End Games." In R. S. Michalski, J. G. Carbonell, and T. M. Mitchell (Eds.),

10  Machine Learning: An Artificial Intelligence Approach. San Mateo, California: Morgan Kaufmann Publishers, 1983.

"C4.5: Programs for Machine Learning." San Mateo, California: Morgan Kaufmann Publishers, 1993.

Sowa, John. "Conceptual Structures: Information Processing in Mind and

15  Machine." Reading, MA: Addison-Wesley, 1984.

WHAT IS CLAIMED IS:

1          1.    A computer-implement method of controlling distribution of a
2   message from a sender to a recipient, the method comprising:
3          constructing semantic models for a plurality of message categories;
4          constructing a semantic model for the message;
5          comparing the semantic model of the message with the semantic models
6   for the plurality of message categories;
7          classifying the message based on the comparison; and
8          determining if the message can be distributed to the recipient based on the
9   classification of the message.

1          2.    The method of claim 1 wherein constructing the semantic models
2   for the plurality of message categories comprises:
3          receiving descriptions for the plurality of message categories;
4          receiving text segments from a natural language processing information
5   retrieval system based on the descriptions;
6          extracting knowledge representations from the text segments; and
7          constructing the semantic models for the plurality of message categories
8   using the knowledge representations.

1          3.    The method of claim 2 wherein the semantic models for the
2   plurality of message categories include concept-relation-concept (CRC) triples and
3   relation-concept (RC) tuples.

1          4.    The method of claim 2 wherein receiving the text segments from
2   the natural language processing information retrieval system based on the descriptions
3   comprises:
4          extracting concepts for each message category from the descriptions;
5          submitting the concepts as queries to a natural language processing
6   information retrieval system; and
7          receiving the text segments from the natural language processing
8   information retrieval system relevant to the queries.

24

5.    The method of claim 2 wherein extracting the concepts for each message category comprises using a lexical database to expand the concepts extracted from the descriptions.

6.    The method of claim 2 wherein the natural language processing information retrieval system has access to a corpus of documents relevant to the plurality of message categories.

7.    The method of claim 1 wherein constructing the semantic model for the message comprises:

parsing the message to extract meta-information and text information from the message;

extracting knowledge representations from the text information and the meta-information; and

constructing the semantic model for the message using the knowledge representations.

8.    The method of claim 7 wherein the meta-information includes information about the sender, information about the recipient, security information for the sender, and security information for the recipient.

9.    The method of claim 7 wherein the semantic model for the message includes concept-relation-concept (CRC) triples and relation-concept (RC) tuples.

10.    The method of claim 1 wherein comparing the semantic model of the message with the semantic models for the plurality of message categories comprises determining a degree of similarity between the semantic model of the message and the semantic model for each message category in the plurality of message categories.

11.    The method of claim 10 wherein classifying the message based on the comparison comprises:

providing a threshold degree of similarity; and

4          classifying the message as belonging to a message category if the degree
5  of similarity between the semantic model of the message and the semantic model of the
6  message category exceeds the threshold degree of similarity.

1          12.     The method of claim 11 wherein the degree of similarity is user-
2  defined.

1          13.     The method of claim 11 wherein providing the threshold degree of
2  similarity comprises providing degree of similarity thresholds for each message category
3  of the plurality of message categories.

1          14.     The method of claim 11 wherein providing the threshold degree of
2  similarity comprises providing a single degree of similarity threshold for the plurality of
3  message categories.

1          15.     The method of claim 10 wherein classifying the message based on
2  the comparison comprises:
3          providing a threshold degree of similarity; and
4          classifying the message as not belonging to any message category if the
5  degree of similarity between the semantic model of the message and the semantic models
6  of the plurality of message categories is lower than the threshold degree of similarity.

1          16.     The method of claim 15 further comprising:
2          providing a graphical user interface;
3          displaying information about the message on the graphical user interface;
4  and
5          manually classifying the message as belonging to a message category
6  using the graphical user interface.

1          17.     The method of claim 16 wherein displaying the information about
2  the message on the graphical user interface comprises:
3          displaying sections of the message which showed some similarity with the
4  message categories;
5          displaying the message categories with which the message showed some
6  similarities; and
7          displaying reasons for the similarities.

26

1        18.      The method of claim 16 further comprising:

2                forwarding the manually classified message and the manual classification

3    information to a machine learning module; and

4                updating the semantic model of the message category to which the

5    message was manually classified based on the manual classification information.

1        19.      The method of claim 1 wherein determining if the message can be

2    routed to the recipient comprises:

3                providing a security policy;

4                determining if the message violates the security policy based on the

5    classification of the message; and

6                permitting distribution of the message to the recipient if the security policy

7    is not violated.

1        20.      The method of claim 19 wherein determining if the message

2    violates the security policy comprises:

3                determining a security clearance level for the sender;

4                determining a security clearance level for the message category to which

5    the message was classified; and

6                indicating that the message violates the security policy if the security

7    clearance level of the sender is lower than the security clearance level of the message

8    category.

1        21.      The method of claim 19 wherein determining if the message

2    violates the security policy comprises:

3                determining a security clearance level for the recipient;

4                determining a security clearance level for the message category to which

5    the message was classified; and

6                indicating that the message violates the security policy if the security

7    clearance level of the recipient is lower than the security clearance level of the message

8    category.

1        22.      The method of claim 1 wherein determining if the message can be

2    routed to the recipient comprises:

3                providing a security policy;

27

4          determining if the message violates the security policy based on the

5   classification of the message; and

6          prohibiting distribution of the message to the recipient if the security

7   policy is violated.

1          23.    A computer program product for controlling distribution of a

2   message from a sender to a recipient, the computer program product comprising:

3          code for constructing semantic models for a plurality of message

4   categories;

5          code for constructing a semantic model for the message;

6          code for comparing the semantic model of the message with the semantic

7   models for the plurality of message categories;

8          code for classifying the message based on the comparison;

9          code for determining if the message can be distributed to the recipient

10   based on the classification of the message; and

11          a computer-readable medium for storing the codes.

1          24.    The computer program product of claim 23 wherein the code for

2   constructing the semantic models for the plurality of message categories comprises:

3          code for receiving descriptions for the plurality of message categories;

4          code for receiving text segments from a natural language processing

5   information retrieval system based on the descriptions;

6          code for extracting knowledge representations from the text segments; and

7          code for constructing the semantic models for the plurality of message

8   categories using the knowledge representations.

1          25.    The computer program product of claim 24 wherein the semantic

2   models for the plurality of message categories include concept-relation-concept (CRC)

3   triples and relation-concept (RC) tuples.

1          26.    The computer program product of claim 24 wherein the code for

2   receiving the text segments from the natural language processing information retrieval

3   system based on the descriptions comprises:

4          code for extracting concepts for each message category from the

5   descriptions;

6          code for submitting the concepts as queries to a natural language

7    processing information retrieval system; and

8          code for receiving the text segments from the natural language processing

9    information retrieval system relevant to the queries.

1          27.     The computer program product of claim 24 wherein the code for

2    extracting the concepts for each message category comprises code for using a lexical

3    database to expand the concepts extracted from the descriptions.

1          28.     The computer program product of claim 24 wherein the natural

2    language processing information retrieval system has access to a corpus of documents

3    relevant to the plurality of message categories.

1          29.     The computer program product of claim 23 wherein the code for

2    constructing the semantic model for the message comprises:

3          code for parsing the message to extract meta-information and text

4    information from the message;

5          code for extracting knowledge representations from the text information

6    and the meta-information; and

7          code for constructing the semantic model for the message using the

8    knowledge representations.

1          30.     The computer program product of claim 29 wherein the meta-

2    information includes information about the sender, information about the recipient,

3    security information for the sender, and security information for the recipient.

1          31.     The computer program product of claim 29 wherein the semantic

2    model for the message includes concept-relation-concept (CRC) triples and relation-

3    concept (RC) tuples.

1          32.     The computer program product of claim 23 wherein the code for

2    comparing the semantic model of the message with the semantic models for the plurality

3    of message categories comprises code for determining a degree of similarity between the

4    semantic model of the message and the semantic model for each message category in the

5    plurality of message categories.

29

1       33.    The computer program product of claim 32 wherein the code for
2   classifying the message based on the comparison comprises:
3       code for providing a threshold degree of similarity; and
4       code for classifying the message as belonging to a message category if the
5   degree of similarity between the semantic model of the message and the semantic model
6   of the message category exceeds the threshold degree of similarity.

1       34.    The computer program product of claim 33 wherein the degree of
2   similarity is user-defined.

1       35.    The computer program product of claim 33 wherein the code for
2   providing the threshold degree of similarity comprises code for providing degree of
3   similarity thresholds for each message category of the plurality of message categories.

1       36.    The computer program product of claim 33 wherein the code for
2   providing the threshold degree of similarity comprises code for providing a single degree
3   of similarity threshold for the plurality of message categories.

1       37.    The computer program product of claim 32 wherein the code for
2   classifying the message based on the comparison comprises:
3       code for providing a threshold degree of similarity; and
4       code for classifying the message as not belonging to any message category
5   if the degree of similarity between the semantic model of the message and the semantic
6   models of the plurality of message categories is lower than the threshold degree of
7   similarity.

1       38.    The computer program product of claim 37 further comprising:
2       code for providing a graphical user interface;
3       code for displaying information about the message on the graphical user
4   interface; and
5       code for manually classifying the message as belonging to a message
6   category using the graphical user interface.

1       39.    The computer program product of claim 38 wherein the code for
2   displaying the information about the message on the graphical user interface comprises:

3        code for displaying sections of the message which showed some similarity

4  with the message categories;

5        code for displaying the message categories with which the message

6  showed some similarities; and

7        code for displaying reasons for the similarities.

1        40.    The computer program product of claim 38 further comprising:

2        code for forwarding the manually classified message and the manual

3  classification information to a machine learning module; and

4        code for updating the semantic model of the message category to which

5  the message was manually classified based on the manual classification information.

1        41.    The computer program product of claim 23 wherein the code for

2  determining if the message can be routed to the recipient comprises:

3        code for providing a security policy;

4        code for determining if the message violates the security policy based on

5  the classification of the message; and

6        code for permitting distribution of the message to the recipient if the

7  security policy is not violated.

1        42.    The computer program product of claim 41 wherein the code for

2  determining if the message violates the security policy comprises:

3        code for determining a security clearance level for the sender;

4        code for determining a security clearance level for the message category to

5  which the message was classified; and

6        code for indicating that the message violates the security policy if the

7  security clearance level of the sender is lower than the security clearance level of the

8  message category.

1        43.    The computer program product of claim 41 wherein the code for

2  determining if the message violates the security policy comprises:

3        code for determining a security clearance level for the recipient;

4        code for determining a security clearance level for the message category to

5  which the message was classified; and

6           code for indicating that the message violates the security policy if the

7    security clearance level of the recipient is lower than the security clearance level of the

8    message category.

1           44.      The computer program product of claim 23 wherein the code for

2    determining if the message can be routed to the recipient comprises:

3           code for providing a security policy;

4           code for determining if the message violates the security policy based on

5    the classification of the message; and

6           code for prohibiting distribution of the message to the recipient if the

7    security policy is violated.

1           45.      A system for controlling distribution of a message from a sender to

2    a recipient, the system comprising:

3           a processor;

4           a memory coupled to the processor, the memory configured to store a

5    plurality of modules for execution by the processor, the modules including:

6               a first module for constructing semantic models for a plurality of

7    message categories;

8               a second module for constructing a semantic model for the

9    message;

10              a comparator module for comparing the semantic model of the

11    message with the semantic models for the plurality of message categories;

12              a classifier module for classifying the message based on the

13    comparison; and

14              a security module for determining if the message can be routed to

15    the recipient based on the classification of the message.

1           46.      A system for controlling distribution of a message from a sender to

2    a recipient, the system comprising:

3           a batch processing subsystem configured to construct semantic models for

4    a plurality of message categories; and

5           a real time processing subsystem configured to construct a semantic model

6    for the message, the real-time processing subsystem including:;

7          a comparator subsystem configured to compare the semantic model
8     of the message with the semantic models for the plurality of message categories;
9          a classifier subsystem configured to classify the message based on
10    the comparison; and
11         a security subsystem configured to determine if the message can be
12    routed to the recipient based on the classification of the message.

1          47.    The system of claim 46 wherein the batch processing subsystem
2     further comprises:
3          a parser and semantic tagger configured to receive descriptions for the
4     plurality of message categories and to extract concepts for each message category from
5     the descriptions;
6          a natural language processing information retrieval system configured to
7     receive the concepts as queries and to generate text segments relevant to the queries, the
8     text segments being extracted from a document collection;
9          a knowledge extraction subsystem configured to extract knowledge
10    representations from the text segments and to construct the semantic models for the
11    plurality of message categories using the knowledge representations.

1          48.    The system of claim 46 wherein the real-time processing
2     subsystem further comprises:
3          an information interpreter configured to parse the message and extract
4     meta-information and text information from the message;
5          a knowledge extraction system configured to extract knowledge
6     representations from the text information and the meta-information, and to construct the
7     semantic model for the message using the knowledge representations.

1          49.    The system of claim 46 wherein:
2          the comparator subsystem is configured to determine a degree of similarity
3     between the semantic model of the message and the semantic models for each message
4     category in the plurality of message categories; and
5          the classifier subsystem is configured to classify the message as belonging
6     to a message category if the degree of similarity between the semantic model of the
7     message and the semantic model of the message category exceeds a threshold degree of
8     similarity.

33

1               50.     The system of claim 46 wherein:

2               the comparator subsystem is configured to determine a degree of similarity

3  between the semantic model of the message and the semantic model for each message

4  category in the plurality of message categories; and

5               the classifier subsystem is configured to classify the message as not

6  belonging to any of the message categories in the plurality of message categories if the

7  degree of similarity between the semantic model of the message and the semantic models

8  of the plurality of message categories is lower than a threshold degree of similarity.

1               51.     The system of claim 50 further comprising a user interface module

2  configured to display information about the message and to allow manual classification of

3  the message as belonging to a message category from the plurality of message categories.

1               52.     The system of claim 51 further comprising a machine learning

2  subsystem configured to receive the manually classified message and to update the

3  semantic model of the message category to which the message was manually classified.

1               53.     The system of claim 46 wherein the security subsystem is further

2  configured to determine if the message violates a security policy, and to permit

3  distribution of the message to the recipient if the security policy is not violated.

1               54.     The system of claim 53 wherein the security subsystem determines

2  if the message violates a security policy by determining a security clearance level for the

3  sender, a security clearance level for the sender, and a security clearance level for

4  message category to which the message was classified, and indicating that the message

5  violates the security policy if the security clearance level of the sender or recipient is

6  lower than the security clearance level of the message category.

1               55.     The system of claim 46 wherein the security subsystem is further

2  configured to determine if the message violates a security policy, and to prohibit

3  distribution of the message to the recipient if the security policy is violated.

# TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN

## ABSTRACT OF THE DISCLOSURE

Techniques for controlling distribution of information from a secure domain by automatically detecting outgoing messages which violate security policies corresponding to the secure domain. Semantic models are constructed for one or more message categories and for the outgoing messages. The semantic model of an outgoing message is compared with the semantic models of the message categories to determine a degree of similarity between the semantic models. The outgoing message is classified based on the degree of similarity obtained from the comparison. A determination is made, based on the classification of the outgoing message, if distribution of the outgoing message would violate a security policy for the secure domain. Distribution of the outgoing message is allowed if no security policy is violated.

PA 3030774 v1



*Fig. 1*



**Fig. 2**



**Fig. 3**



70

```
┌─────────────────────────────────────────────┐
│  Receive a message category and its          │
│  corresponding description/topic statements   │  72
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│  Parse the message category description       │
│  to extract concepts                          │  74
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│  Expand the concepts using a lexical database │  76
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│  Submit parsed and expanded message category  │
│  representations as queries to a natural       │  78
│  language processing information retrieval     │
│  system                                       │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│  Natural language processing information       │
│  retrieval system retrieves text segments     │  80
│  relevant to the queries                      │
└─────────────────────────────────────────────┘
                      │
┌─────────────────────────────────────────────┐
│  Extract knowledge representation from the    │
│  text segments using a knowledge extraction   │  82
│  system                                       │
└─────────────────────────────────────────────┘
```

Stage 1

Stage 2

*Fig. 4*



**Fig. 5**



***Fig. 6***

Attorney Docket No.: 017704-001012US                                        PTO/SB/01A (10-00)
Client Ref. No.:                                          Approved for use through 10/31/2002. OMB 0651-0032
                                          U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

# DECLARATION (37 CFR 1.63) FOR UTILITY OR DESIGN APPLICATION USING AN APPLICATION DATA SHEET (37 CFR 1.76)

As the below named inventor(s), I/we declare that:

This declaration is directed to:

☒    The attached application, or

☐    Application No. _____, filed on _____,

☐ as amended on _____ (if applicable);

I/we believe that I/we am/are the original and first inventor(s) of the subject matter which is claimed and for which a patent is sought;

I/we have reviewed and understand the contents of the above-identified application, including the claims, as amended by any amendment specifically referred to above;

I/we acknowledge the duty to disclose to the United States Patent and Trademark Office all information known to me/us to be material to patentability as defined in 37 CFR 1.56, including material information which became available between the filing date of the prior application and the National or PCT International filing date of the continuation-in-part application, if applicable; and

All statements made herein of my/our own knowledge are true, all statements made herein on information and belief are believed to be true, and further that these statements were made with the knowledge that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and may jeopardize the validity of the application or any patent issuing thereon.

FULL NAME OF INVENTOR(S)

Inventor 1      Elizabeth D. Liddy                      Date: _____

Signature: _____      Citizen of:   United States

Inventor 2      _____      Date: _____

Signature: _____      Citizen of: _____

Inventor 3      _____      Date: _____

Signature: _____      Citizen of: _____

Inventor 4      _____      Date: _____

Signature: _____      Citizen of: _____

☐  Additional inventors are being named on form(s) attached hereto.

Burden Hour Statement: This collection of information is required by 35 U.S.C. 115 and 37 CFR 1.63. The information is used by the public to file (and the PTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This form is estimated to take 1 minute to complete. This time will vary depending upon the needs of the individual case. Any comments on the amount of time you are required to complete this form should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, Washington, DC 20231. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Assistant Commissioner for Patents, Washington, DC 20231.
PA 3218421 v1

## B. EXECUTIVE SUMMARY

GUARD-IT is an advanced, natural language processing, boundary controller. GUARD-IT will determine whether outgoing messages are potentially in violation of a classification guide by extracting topics from the guide, constructing semantic models of these topics, and then comparing the meaning content of messages against these models. GUARD-IT will be a significant advance over the state of the art, because current automated guards merely compare messages with a "dirty word" list. GUARD-IT, on the other hand, will synthesize rich, conceptual-level representations of the meanings of classified topics and outgoing messages. The semantic model of each message is then compared with all of the topic semantic models. If there is a match and if the classification level of the matching topic model exceeds that of the sender or the recipient, then the message is barred from release.

Semantic models of classified topics are essentially meaning-based releasability templates and are constructed in two stages. The first stage is to extract the topic statements from a classification guide and expand them using a comprehensive lexical database. The expanded topic representations are then submitted as queries to DR-LINK, a natural language processing information retrieval system developed by TextWise LLC. A set of text segments relevant to these queries will then be retrieved from a collection of military manuals and statements of military doctrine. By providing examples of the topic, by indicating synonymous phrasings of the topic, etc., these text segments are the basis for generating an enriched representation of the corresponding topic.

The second stage in constructing the topic semantic model is to extract rich knowledge representations from the retrieved set of text segments. The base technology for this extraction is the KNOW-IT system, which is being developed by TextWise LLC within DARPA's High Performance Knowledge Base (HPKB) program. KNOW-IT can successfully convert news type texts into a formal knowledge representation. For the GUARD-IT project, this core functionality will be tailored to the extraction of information from classification guides, military doctrine, and email messages. The knowledge representations assigned to the text segments retrieved by DR-LINK will then constitute a semantic, releasability model of the corresponding topic.

1

## E. SUMMARY OF INNOVATIVE CLAIMS

GUARD-IT is a semantic boundary controller based on natural language processing and knowledge base technologies. The GUARD-IT system is an integrated, yet modular, boundary controller, which can function as:

(1) An automatic knowledge extraction system which converts outgoing messages into formal knowledge representations

(2) An automatic knowledge base construction system which converts security classification guides into formal knowledge representations

(3) A complete domain boundary controller for text messages

While these tools will be usable separately, GUARD-IT will be seamless in the information assurance environment. The system will categorize outgoing messages on the basis of whether or not their conceptual-level representations are significantly similar to the representations extracted from the topics of security classification guides. A security officer will be required to review messages only when the system cannot make a definite determination about whether a message violates security policy. The results of this manual review will be used as training data by the embedded Supervised Learner, which will gradually improve the effectiveness and automaticity of the system over time.

While the features listed above are innovative in their own right, the combination of them into a stand-alone system represents an important advance over the current state of the art.

(1) Intelligent text extraction from new text types. Email messages represent a challenging use of language for traditional text extraction systems. The GUARD-IT system will adapt the KNOW-IT knowledge extraction system, which has already been successfully applied to newswire text, to process less structured and more casual email messages.

(2) Automated expansion of security classification topics into a topic semantic model using relevant text segments retrieved from military manuals and doctrines. The capability is new, since it involves a unique combination of natural language processing and information retrieval techniques to convert succinct security classification topics into rich knowledge representations.

2

(3)  Scalability.   The types of security classification guides which can be handled by the GUARD-IT system are only limited by the availability of a relevant document collection.  The reason for this is that a relevant document collection is needed to build semantic models for the topics in the given security classification guide.  Accordingly, the application of GUARD-IT to DOD guides is unproblematic, since relevant military manuals and doctrine can be obtained (at least within a particular classification domain).  Since the GUARD-IT system can potentially handle any type of text, it is a domain-independent system.

(4)  Gradual improvement of system automaticity and effectiveness.  The GUARD-IT system includes a machine learning module, which will be based on a supervised learning algorithm. The use of this module will improve the recall and precision of the system over time.  The input for this module will consist of messages that could not be handled by the system but were later categorized by the security officer.  The rules output by the machine learning module will be used to enhance the performance of the overall system and to decrease its reliance on manual intervention.

(5)  Control over the trade-off between system effectiveness and efficiency.  The GUARD-IT system allows security officers or their superiors to determine whether the performance of the system will favor effectiveness over efficiency or vice versa.  The system can be configured to generate the minimum number of messages to be reviewed by the security officer (to improve overall use of system and human resources).  In this case, the system would operate fully automatically, but it would have very low precision (at least until the machine learning module had had a chance to remedy matters).

(6) Meaning-based domain boundary control.   The GUARD-IT system will understand the semantic content of security classification guides and outgoing messages and will compare guides with messages at the level of conceptual content.  This is possible, because full natural language processing techniques will enable the system to understand and represent message and policy contents.  This will result in a great improvement over the current approach of filtering outgoing messages on the basis of a simple keyword match.

3

## F. STATEMENT OF WORK

### F.1 Objective

The objective of this effort is to develop and deliver a state of the art domain boundary controller called GUARD-IT, which utilizes natural language understanding as its basis for decision making.

### F.2 Scope

This Statement of Work (SOW) defines the tasks and corresponding effort required to design, develop, test, evaluate, and deliver the proposed GUARD-IT system to the contracting agency. It includes the definition of the technical tasks as well as the associated program management and logistics necessary to complete the task.

### F.3 Background

Details regarding TextWise's accomplishments in the area of information retrieval and extraction are provided in subsection K.1 of this proposal. Information on the qualifications of key personnel is provided in subsection K.2.

### F.4 Task/Technical Requirements

This description of tasks is shown in more detail in the Section I. Technical Plan section as well, in order to indicate task overlaps and dependencies. Milestones for each task are the successful development of the specific product as defined in the system architecture design stage.

**Task 1: Design Detailed System Architecture.** In this task, we will design a detailed system architecture to capture system requirements from each of the sub-modules of the system. We will also begin the design of APIs between sub-modules. All members (TextWise, Naval Postgraduate School consultant, and Trusted Information Systems, a partner system integrator) will participate in the task. The product of this task will be a detailed list of system requirements for the entire project, as well as a set of early designs for APIs, which will link the modules.

**Task 2: Develop Batch Processing Subsystem.** The goal of developing this subsystem to construct a semantic model knowledge base of the security classification topics automatically. An information retrieval system will generate a collection of textual information about a security

4

classification topic from military manuals or doctrines. Then, a knowledge extraction system will convert the textual information about a topic into the semantic model, which will be used as the basis for determining the classification level of the outgoing messages.

## 2.1 Adapt Document Retrieval using LINguistic Knowledge (DR-LINK) Indexer to process military manuals or doctrines. The DR-LINK system is a natural language processing based information retrieval system, which is developed at TextWise, LLC. The DR-LINK Indexer converts raw documents into a searchable database by recognizing and representing the concepts in the documents as a part of the DR-LINK database.

## 2.2 Develop Topic Parsing Semantic Tagger. The Topic Parsing Semantic Tagger will decompose the security classification guides into meaningful units while preserving the relationships amongst the classification topic and classification levels (e.g. Secret, Confidential, etc.) The tagger will utilize various syntactic and semantic analysis systems to parse the classification guide. The tagger will also assign the semantically appropriate WordNet synset to each concept, which constitute the classification topics. The WordNet is an ontology, which organizes concepts via various semantic relations such as synonym or hyponym. The WordNet synset assignment process is equivalent to the word sense disambiguation process of selecting the most appropriate sense for each word. The WordNet synset assignment is also equivalent to the conversion of the terms in the topic into concepts. The assigned synsets will be used in the DR-LINK Matcher to improve the information retrieval effectiveness especially with respect to accuracy. The conceptual representation of the topics will be used as the queries for the DR-LINK Matcher.

## 2.3 Adapt DR-LINK Matcher to use security topic as the queries. The DR-LINK system is designed to take natural language texts as input. These texts might be represented as information seeking question forms. The system then uses these texts as queries converting them into logical requirements to retrieve possibly relevant documents from the database. The adaptation will be to include the use of WordNet synset information, which is assigned to each term in the security classification topics. The concepts from the queries generated by the Topic Parsing Semantic Tagger will be correctly expanded with respect to the context by adding the synonyms or

hyponyms. The expanded queries will be used by the DR-LINK matcher to retrieve relevant text segments from the military manuals or doctrines based on the security classification topics.

**2.4 Develop Knowledge Extractor to build Topic Semantic Model Knowledge Base.** The retrieved text segments from the DR-LINK Matcher will be fed into the Knowledge Extractor. The Knowledge Extractor converts naturally occurring texts into the semantic representation. This is done through use of the knowledge extraction algorithm, which was developed as a part of the KNOW-IT system. The KNOW-IT system was developed to extract knowledge from texts to build knowledge bases automatically. The goal of this task will be the adaptation of the KNOW-IT Knowledge Extractor to process military documents or doctrines for the purpose of automatically augmenting the original security classification topic semantic model. This work will be an extension of the previously developed knowledge extraction system. This is because the goal of this task is also to build an unified model of a topic instead of building a heterogeneous collection of extracted facts or axioms, which was the goal of the KNOW-IT system.

**2.5 Integrate Batch Processing Subsystem.** This task will involve the integration of the various subsystems, which includes the full DR-LINK system and the KNOW-IT Knowledge Extractor component.

**Task 3: Develop Real-time Processing Subsystem.** The goal of developing this subsystem is to compare the outgoing messages against the semantic model of the security classification topic to determine the classification level of the messages. If the classification is higher than the accepted level for either the sender or receiver, the system will take appropriate action. The subsystem will include an interface to the administrator of the system, namely a security officer, who will determine the security classification category of the messages, which are considered to be uncertain with respect to their security policy violation by the GUARD-IT system. The manually categorized messages will be used as the training data for the Supervised Machine Learning module, which will be used to modify the Topic Semantic Model Knowledge Base to improve the accuracy of the classification.

6

**3.1 Develop Meta Information Interpreter.** The Meta Information Interpreter will parse the outgoing messages into a number of functional elements of the message. For example, sender and receiver identification, message date, and message routing history will be recognized and represented separately by using SGML like tags. The development of this system will be based on the analysis of the typical structure of the documents. An example of this is in an electronic mail message where the sender of the message is usually preceded by the word, 'From:'.

**3.2 Develop Outgoing Message Database.** The outgoing messages, which are parsed by the Meta Information Interpreter, will be stored in a COTS relational database system. The recognized meta information will be placed in corresponding fields within the database. The text portion of the Outgoing Messages will be also indexed using an Oracle native mechanism to allow full text searching capability. In the proposed system, Oracle8 will be used to build the Outgoing Message Database and will allow any qualified users such as the security officer to retrieve any messages via adhoc queries. A simple user interface will be also developed to allow easy access.

**3.3 Develop Knowledge Extractor to Process Outgoing Messages.** Within the Batch Processing Subsystem, a Knowledge Extractor will be adapted to process military manuals or doctrines and convert the texts into a knowledge representation based on the concept-relation triples. In this task, the KNOW-IT Knowledge Extractor will be adapted to process messages, which are likely to be less structured than the military manuals or doctrines. The Knowledge Extractor will convert the semantic content of each message into the concept-relation triple style knowledge representation. This will be done by extracting implicit semantic relations, which occur among concepts in the messages. The outgoing message will be passed to the KNOW-IT matcher.

**3.4 Integrate KNOW-IT Matcher.** The KNOW-IT Matcher will be used to compare the outgoing messages against the security classification topic semantic model to determine the classification level of the message. The original KNOW-IT matcher is designed to function as a component of a question-answering system. The integration of the KNOW-IT Matcher will preserve the highly accurate question-answering effectiveness of the original system in

7

categorizing the outgoing messages. It might be easy to understand the matching process if the outgoing messages are considered as the questions and the semantic model for each security classification topic as the answers to be found. If the KNOW-IT Matcher finds a highly correlated topic against an outgoing message, then the message will be categorized according to the classification scheme, which is attached to the topic. If the Matcher does not find any related topic or topic with an unclassified categorization, then the message will be considered to be unclassified. If the Matcher finds one or more somewhat related topics with a classified categorization against an outgoing message, then the message will be passed to the Message Inspector.

**3.5 Develop Message Inspector.** The Message Inspector receives messages for which the KNOW-IT matcher could not accurately determine the classification level. The Message Inspector will be used by the security officer to manually inspect these messages. There will be a graphical user interface, which shows the message in question, and the reason why this message has been selected as possibly containing classified information. The Inspector will show the security officer the region(s) of the messages, which might contain the classified information, and the corresponding topic model, which showed some similarity to the selected region(s). In addition, the Inspector will be able to show any meta information about the messages. The security officer will be able to easily mark which messages do contain classified information and which do not. The messages with classified information will be passed to the Rejected Message Database for further processing if it is desired by the security policy. A copy of a message which does not contain classified information will be passed to the Supervised Learner and the original message will be passed to the outgoing message server such as a POP mail server for the delivery to the intended recipient.

**3.6 Integrate Real-time Processing Subsystem without Supervised Learner.** After all the modules except for the Supervised Learner in the Real-time Processing Subsystem are implemented, the modules will be integrated into one system. This system will be used within the Information Assurance Year 1 Comparative Evaluation.

8

**3.7 Develop Supervised Learner.**   The Supervised Learner will learn from the manually categorized outgoing messages which were produced as a result of the GUARD-IT system being unable to automatically determine the classification level of the message. In recent machine learning related research, it has been shown that the learning from the data that could not be automatically categorized is just as effective as the learning from both categorized and non-categorized data.  This provides for a more efficient method of machine learning due to the fact that the learning data set does not need to be as large.   The development of the Supervised Learner will be based on the use of machine learning techniques such as the decision tree method.

**3.7.1 Prepare Training & Test Data.**   The training and test data will be drawn from selected Usenet News traffic.  For example, all message traffic of a Usenet News group, such as the one that discusses Unix Operating Systems, such as Sun Solaris, will be captured.   Then, a simulated security classification guide will be constructed by treating Solaris as a potentially classified computer software. The types of information about a software, which tend to be classified will be learned from declassified classification guides and applied in constructing a simulated security guide. A set of documents, such as manuals of the Solaris operating system and any documents about the software, will be collected and indexed to create the DR-LINK Database to be used to generate a Topic Semantic Model Knowledge Base.  A set of messages, which have been not selected as the training data will be set aside as the test data. The pseudo-classification level of the test data will be manually determined.

**3.7.2 Develop Learning Model.**   A randomly selected set of Usenet News traffic about the Solaris operating system will be treated as the outgoing messages.   The Supervised Learning process will be simulated by an analyst of the project, who is familiar with the simulated security guide, acting as the security officer. The GUARD-IT system will be trained until the percentage of messages that are passed to the Message Inspector is dropped to a pre-determined threshold.

**3.7.3 Test the Learning Model.**  A set of Solaris Usenet News messages, which has been used during the training stage, will be fed into the GUARD-IT system.   The accuracy of the classification will then be measured by evaluating the messages in both the unclassified and

9

classified categories. The accuracy will be measured against previously judged results. The percentage of messages that have been passed to the Message Inspector will be measured to calculate the coverage of the GUARD-IT system.

**3.8 Integrate Real-time Processing Subsystem.** After all the components of the Real-time Processing Subsystem, including the Supervised Learner, have been implemented, the modules will be integrated into one system.

**Task 4: Integrate Overall System without Supervised Learner.** Both the Batch Processing Subsystem and the Real-time Processing Subsystem will be integrated as a fully functioning guard system without the machine learning component.

**Task 5: Integrate Overall System with Supervised Learner.** Both the Batch Processing Subsystem and the Real-time Processing Subsystem will be integrated as a fully functioning guard system along with the machine learning component.

**Task 6: Develop Test Environment - Year 1.** All the tests of the GUARD-IT system will be conducted within an environment consisting of an independent networked domain with a firewall server, mail server, GUARD-IT server, test clients, and connection to the internet. This test environment will be used to develop and demonstrate the system and will be transferred to the contracting agency at the end of the contract to facilitate further evaluation. It is assumed at the start of this task that all the necessary hardware has been procured and installed in the facility to be used by TextWise personnel. As mentioned in the Technical Approach section, we will be using a COTS product called Minesweeper from Integralis as a benchmark of what current technology offers. Part of our evaluation will be to compare the effectiveness of the MIMESweeper system against the effectiveness of the GUARD-IT system. The installation of

10

MIMESweeper will be covered under Task 6.3 (Install Baseline System). The other subtasks that will be performed under Task 6 are: the development of a Test and Evaluation Plan (6.1), the installation of the GUARD-IT system (6.2), and actually conducting the Year 1 Comparative Evaluation (6.4).

**6.1 Develop Test and Evaluation Plan.** Under this task, TextWise will be responsible for developing a Test and Evaluation plan that details what tests are to be performed and how the results of those tests will be evaluated. The test portion will cover what test scripts will be run and give specifics about what functional area each of those scripts cover. The evaluation portion of the plan will detail the metrics that will be used to measure the effectiveness of the system. Actual percentage values that would indicate success may not be available in the plan, because the benchmark values need to be obtained from the MINESweeper system which will be evaluated as part of Task 6.3 and Task 6.4.

**6.2 Install GUARD-IT System.** The installation of the GUARD-IT system in this context will consist of taking a baselined test version of the GUARD-IT system from the software developers, installing that version in a separate area from the development version, and populating the required databases with the necessary data required to perform the test and evaluation task. The installation of the system will actually encompass the first portion of the GUARD-IT system testing by validating the installation procedures. Any anomalies noted in the installation or any other portion of the testing phase will be entered and tracked in an established Configuration Management system. As part of the installation, the system will be minimally exercised to verify the proper operation of the system.

**6.3 Install Baseline System.** As mentioned previously, TextWise will be procuring the MIMESweeper system to use as a benchmark against which the results of the GUARD-IT system will be measured. This task covers the installation of the MIMESweeper system into the test environment. We will not be evaluating the actual installation of the MIMESweeper system as this is a COTS product. As part of this installation, we will be populating MIMESweeper with the same test data that will be used to evaluate GUARD-IT. As with Task 6.2, we will also minimally exercise the system to verify the proper operation of the system.

11

**6.4 Conduct Year 1 Comparative Evaluation.** As part of this task, there are four distinct things that need to be accomplished. First, we will fully test the functionality of the GUARD-IT system using the test scripts that will be developed as part of Task 6.1. Secondly, we will run the test data through the GUARD-IT system and record the results of the tests. The third task will be to run the test data through the MIMESweeper system and record the results of those tests. Finally, we will compare the results of the MIMESweeper and GUARD-IT systems against manually verified data to see how each of the systems performed. The results of this evaluation will be documented and delivered to the contracting agency as an auxiliary product of the contract.

**Task 7: Develop Test Environment - Year 2.** The purpose of Task 7 is to evaluate the improvement in performance of the system as a result of the incorporation of the Supervised Learner. The Supervised Learner will be integrated into the system as part of Task 3 and Task 5. The tasks to be performed will essentially be the same as Task 6 with each subtask being enhanced to incorporate the evaluation of the Supervised Learner.

**7.1 Revise Test and Evaluation Plan.** In Task 7.1, the Test and Evaluation plan will be updated to reflect the additional capabilities of the Supervised Learner. The plan will also be updated to add concrete figures from the results of the Year 1 Evaluation. The test scripts will also be updated to exercise the new capabilities of the system. These capabilities will include the Supervised Learner and any other enhancements added to the system as a result of the first evaluation.

**7.2: Re-Install GUARD-IT System.** This task will done in the same manner as Task 6.2. The installation will again be verified and any anomalies will be reported.

**7.3: Conduct Year 2 Comparative Evaluation.** In this task, we will run the updated test scripts against the GUARD-IT system and record any problems that are found. The test data will then be run through the system and the results will be recorded. We will then compare the results of this evaluation with the results from both the GUARD-IT system from the Year 1 evaluation and the MINESweeper system. We will also compare the results against manually verified data to

12

see how well the improved GUARD-IT system performed overall. Results of this evaluation will be documented and delivered to the contracting agency as an auxiliary product of the contract.

**Task 8: Prepare Deployable Demonstration System.** As mentioned previously, the entire test environment will be transferred to the contracting agency at the end of the contract to facilitate further evaluation. To prepare the system for transfer, TextWise will:

(1) Update the network configuration of the system to the extent possible so that the system will operate in the contracting agency's network environment. These types of configuration changes can include IP addresses, netmasks, host tables, etc.

(2) Create full backups of the system including any relevant test data so that the system can be fully installed from scratch in the event of a disk failure during shipping.

(3) Ensure that the installation procedures are correct and complete and are in a deliverable format.

(4) Provide the contracting agency with adequate power and space requirements so that the system can be easily accommodated.

(5) Arrange with the contracting agency the method of shipment and schedule of arrival.

**Task 9: Deploy Demonstration System.** Task 9 covers the actual installation and verification of the GUARD-IT system software at the contracting agency's facility. We are making the assumption that the contracting agency can provide for the actual installation of the system hardware. If that is not a valid assumption, we can expand Task 9 to incorporate that level of effort. The deployment of the system will include sending the required personnel from TextWise to the contracting agency's facility for the duration of the system installation. During this period we will verify the system is operating as expected and provide demonstrations and training to agency personnel as required. At this time, all required manuals necessary to operate the system will be delivered to the contracting agency.

**Task 10: Project Coordination**

Task 10 covers overall coordination of the GUARD-IT project. This includes all aspects of project management including, but not limited to, schedule, cost, quality control, task management, management reports, providing required environment, etc. These tasks will

13

primarily be performed by the PI and the Project Manager, and may be delegated to others as deemed appropriate.

## G. RESULTS/PRODUCTS/TRANSFERABLE TECHNOLOGY

### G.1 Results

The GUARD-IT system will automatically detect whether any messages crossing a given domain violate the security policy corresponding to the domain. This system will use various natural language processing and knowledge base technologies to match the message contents to the semantic models of topics in the relevant security classification guide. The correspondence between the content of a message and the semantic model of a classified topic will determine whether the security policy would be violated by sending the message across the domain boundary. One component of the overall system is a policy violation detection effectiveness controller, which will allow the security officer to determine whether the categorization will be high recall or high precision. More importantly, messages that have to be manually categorized by the security officer will be fed into a machine learning component of the proposed system to improve the categorization effectiveness automatically. As the machine learning system is applied to more and more messages and as the rules for categorizing these messages are improved, the security officers' burden of manually inspecting messages will lighten. Eventually, the system will transition from one which requires human intervention to one which reliably and fully automatically can determine whether an outgoing message violates the prevailing security policy. In summary, the deployed GUARD-IT system will demonstrate that Artificial Intelligence technologies like Natural Language Processing can be applied to the real world problem of information assurance and that these technologies can dramatically improve boundary control effectiveness and greatly reduce the human resources required to perform this task.

### G.2 Products

The GUARD-IT system will be the world's first semantic boundary controller. The system will include clearly defined API's, so that it can be integrated within a large information assurance architecture. In addition to its obvious application to information assurance in a government

14

setting, the GUARD-IT system can also be used in a corporate environment. The transfer of inappropriate information such as hate messages or indecent materials from corporate email accounts can result in legal actions by the recipient. Such actions can eventually result in monetary losses and image tarnishing for the corporation. For this reason, it is crucial to filter messages that are sent to a site outside of the walls of the corporation. The GUARD-IT system will be able to perform just this task by providing an intelligent control mechanism based on an embedded natural language understanding technology.

Another possible application of the GUARD-IT system is its use as an automatic moderator of a Usenet newsgroup. More detail about this potential application can be found in the GUARD-IT system test and evaluation scenario described in the F. Statement of Work section.

## G.3 Transferable Technology

There will be three key innovative technologies in the GUARD-IT system. The first is the knowledge extractor, which converts naturally occurring text such as emails and manuals into a formal knowledge representation. This representation can then be used to match texts on the basis of meaning (even if different words and syntax are used in the respective texts). Although the KNOW-IT system can currently extract meaning from newswire texts, it must be extensively modified before it can be applied to emails (which are often lacking in grammaticality and organization) and regulatory documents like manuals.

The second innovative technology is the Topic Parsing Semantic Tagger, which will convert security classification guides into functional components such as topic, classification level, declassification date, etc. using, as a base, natural language processing technology developed by TextWise LLC. The Topic Parsing Semantic Tagger will also disambiguate the content-bearing terms appearing in input text by assigning the appropriate WordNet synsets to each term.

The third technology is the Supervised Learner, which will be used to improve the effectiveness and automaticity of the overall system. The Supervised Learner will be a practical and large-scale operational system that can develop additional rules for categorizing outgoing messages on the basis of cases that have been explicitly reviewed by the security officer.

## I. TECHNICAL PLAN

### I.1 Technical Approach

### *(1) Technical Rationale:*

Natural Language Processing technology has successfully been applied to the tasks of Information Retrieval and Information Extraction. With respect to both of these tasks, systems which do justice to the syntactic, semantic, pragmatic, and discourse levels of language perform markedly better than systems which regard texts as unstructured bags of keywords. Since Boundary Control can be regarded as the categorization of natural language texts (viz. messages) into one of two classes (depending on whether the message is deemed to be in violation of security policy), it is reasonable to expect that the application of natural language processing to this problem will result in significantly more effective systems. In this document, the natural language processing, advanced boundary control system GUARD-IT is proposed. The GUARD-IT system will determine whether outgoing messages are potentially in violation of a classification guide by automatically constructing semantic models of classified topics and then comparing the meaning content of messages against these models. Messages whose meaning overlaps to a sufficient extent with a semantic model of a classified topic will be flagged as being in violation of security policy.

Because of the flexibility of GUARD-IT's natural language processing technology, this system can be a component in a wide variety of architectures. In particular, it can function as an enclave boundary controller and as a classification domain boundary controller. GUARD-IT will be able to convert any statement of security policy and any outgoing text messages into formal representations of content, and thus it can help to ensure that information is released on a "need to know" basis only and that the interface between different levels of security is effectively policed. In the context of the Information Assurance program, GUARD-IT will be embedded within an architecture provided by Trusted Information Systems (TIS). This architecture will be compliant with the overall security architecture of the NGII.

The core of the GUARD-IT system is the set of topic semantic models. These are generated automatically from electronic versions of classification guides. Typically these guides contain a list of topics and their corresponding classification levels. For example, the declassified

16

TRADOC Standard Security Classification Guide contains the following topic statements in its table of classified topics: "quantities of specific items of equipment", "weather impacts on operations", and "ammo expenditures". The construction of semantic models for topics like these is done in two stages. The first stage is to extract the topic statements from the classification guide. These topic statements are then parsed into their key concepts, and these concepts are expanded using a comprehensive lexical database. The parsed and expanded topic representations are then submitted as queries to DR-LINK, a natural language processing information retrieval system developed by TextWise LLC. A set of documents relevant to these queries will then be retrieved from a collection of text segments of military manuals and statements of military doctrine. This is the first stage of the construction of the topic model, and it is essentially a matter of using natural language processing and information retrieval to generate a set of text segments that are closely related to the meaning of a topic. These text segments expand the representation of the corresponding topic in various ways, e.g. by providing examples of the topic, by indicating synonymous phrasings of the topic, etc.

The second stage of topic semantic model construction is to extract structured knowledge representations from the retrieved set of text segments. The base technology for this extraction is the KNOW-IT system, which is being developed within DARPA's High Performance Knowledge Base program. KNOW-IT can successfully convert news type texts into concept-relation-concept triples (or CRCs), a generalized representation of the structure and meaning of each text. For the GUARD-IT project, this core functionality will be tailored to text types appropriate for the task. In particular, it will be tuned to the extraction of information from classification guides, military doctrine, and email messages. The set of CRCs extracted from the text segments will then constitute a semantic model of the structured meaning of the corresponding topic.

Since the tuning of KNOW-IT to regulatory text types may require substantive revisions of the underlying extraction technology, J. Bret Michael, an expert in the field of formalizing policy, will be retained as a consultant for this project. Michael's contribution to the GUARD-IT system will be to suggest broad, theoretically motivated modifications of the underlying knowledge representation and of the rules which convert regulatory texts into formulas of the knowledge

17

representation. These modifications will, it is hoped, enable more accurate matches between topic semantic models and the representations of outgoing messages.

Before progressing to a discussion of how classification topics are matched against messages, it is important to be clear about how the underlying technology works. DR-LINK (Document Retrieval using Linguistic Knowledge) is a natural language information retrieval system developed over the past 8 years by Dr. Liddy and colleagues of TextWise LLC with support from DARPA. Venture capital funding provided by Manning and Napier Information Services has successfully productized this system and brought it to market.

The underlying principle of the DR-LINK system is that text retrieval must occur at the conceptual level, not the word level. That is, a successful retrieval system must retrieve on the basis of what people mean in a query, not simply the words they state in their query. The same is true of documents - their meaning must be captured at the conceptual level of human expression. In order to achieve conceptual level representation of texts, DR-LINK detects both domain-independent and domain-dependent linguistic patterns that reveal relationships and meaning. DR-LINK provides rich, deep processing of text by representing and matching documents and queries at the lexical, syntactic, semantic and discourse levels. The system is modular and performs staged processing of documents, with each module adding a meaningful annotation to the text. For matching, a query undergoes analogous processing to determine the requirements for document matching. Modularity allows for easy adaptation of the system and for empirical evaluation of each module's performance.

The Document Preprocessing module of DR-LINK converts raw data files into a uniform format suitable for further processing by the DR-LINK system. Preprocessing involves some discourse-level manipulation of text, such as the decomposition of documents into their appropriate subtexts. All text is annotated with pseudo-SGML tags that include <caption>, <date>, <headline>, <source>, and <text>.

The Document Processing module segments input text, brackets phrases, and assigns syntactic and semantic tags to the text elements. This processing of input text is a fundamental precursor

to later document-query matching. Documents are first processed with the End-of-Sentence program, which segments the text on a sentence-by-sentence basis. This is followed by the part-of-speech tagger, which identifies a total of 48 grammatical forms and punctuation marks. Using the output from the part-of-speech tagger, the Subject Field Coder module tags content bearing words in input text with a unique subject code. This is done with the aid of an electronic lexical resource that groups words into the broad subject categories that they can express. Since words in the English language have on average about 1.5 senses (with the most commonly occurring nouns having an average of 7.3 senses and the most commonly occurring verbs having an average of 12.4 senses (Genter, 1981)), disambiguation is required in determining a single subject code for each word. After the assignment of subject codes, these codes are combined to produce a fixed-length, subject-based vector representation of the document's content.

Proper nouns, group proper nouns (e.g. the Far East) and group common nouns (e.g. anti-cancer drugs) are recognized as important sources of information for detecting relevant documents in information retrieval (Liddy et al, 1994b). DR-LINK first locates the boundaries of proper noun phrases using the part-of-speech tags mentioned above. Heuristics developed through corpus analysis are applied to bracket proper noun phrases that contain embedded conjunctions and prepositions (e.g. Department of Defense, Centers for Disease Control and Prevention).

After proper nouns have been bracketed, they are classified into thirty seven broad, semantic categories, which account for roughly 90% of all proper nouns. Classification occurs in the following order. First, proper noun suffixes, prefixes, and infixes (e.g. Hospital, Senator, Professor) are examined for possible clues about the category of the proper noun. The proper noun is then passed to a database to determine if an alternative, standard form exists (e.g. 'President Bill Clinton' instead of 'Bill Clinton'). If the proper noun is an alias, the standard form is used for categorization. In the next stage, proper names are compared to a database of significant personal names for a possible match. Any matching proper names are classified as referring to people. The proper noun is then subjected to context heuristic tests. For example, if the the proper noun is immediately followed by a comma and a state, county or country name, then the proper noun is identified as town, city or other geographical entity. Information gleaned from appositional clauses is also used in the categorization process. Numerous other heuristics

are applied until the proper noun has been tested for inclusion in one of the 37 categories. The roughly 10% of proper nouns that remain uncategorized are assigned to the miscellaneous category.

Complex nominals (e.g. 'budget amendment bill' and 'central nervous system') are important information-bearing phrases detected by the DR-LINK system and used in the document-query matching process. Complex nominal phrases are recognizable as adjacent sequences of nouns and non-predicating adjectives. These sequences can be recognized from the part-of-speech tags assigned to the input text.

This should clarify the role that DR-LINK will play within the GUARD-IT system. DR-LINK will be used to retrieve documents which yield key concepts that enrich the representation of classified topics. In subsequent phases of the project, the scope of the GUARD-IT system can be enlarged by integrating the cross-language information retrieval system CINDOR, also developed by TextWise LLC. The CINDOR system can retrieve relevant documents in Spanish and French, as well as English (with further languages to be added in the future). The addition of this functionality to the system would enable information assurance in a joint task effort involving countries which do not share a common language.

Aside from DR-LINK, the other major component of GUARD-IT is the KNOW-IT system. KNOW-IT is being developed within DARPA's High Performance Knowledge Base (HPKB) program, and it is an information extraction system which is designed to process texts such as those produced by Reuters, the Associated Press, the Wall Street Journal, and the Financial Times. KNOW-IT accepts raw newswire text as input and extracts semantic relations between the concepts expressed in these texts. These concepts and relations provide a representation of the meaning expressed by the text.

The extractions generated by KNOW-IT can be illustrated with a simple example:

Rupert Murdoch owns Fox which is a subsidiary of News Corp.

20

The content of this sentence can be represented by the following concept-relation-concept triples:

AGNT(own, Rupert Murdoch)

OBJ(own, Fox)

ISA(Fox, subsidiary)

OBJ(subsidiary, News Corp.)

These four concept-relation-concept triples (or CRCs) mean, respectively, that Rupert Murdoch is an agent of a state of owning, that Fox is the object of this owning, that Fox is a subsidiary, and that News Corp. is the object of this subsidiary relation. Thus, the four concept-relation-concept triples perspicuously and precisely capture a substantial portion of the content expressed by the sentence.

The relations used in CRCs are based on the list of conceptual relations provided in (Sowa, 1984). This list includes case roles, e.g. AGNT (agent), OBJ (object), and EXPR (experiencer), modal operators, and tense operators. Although this list has been an indispensable reference in the development of the KNOW-IT system, it has also been extensively revised in the effort to craft extraction rules and on the basis of insights gleaned from formal evaluations. Furthermore, the KNOW-IT development team has applied Occam's Razor whenever possible and has pared down the repertoire of relations to the minimal set needed to capture all of the topical content expressed by text. The reason for this is twofold: to increase the accuracy of the CRCs extracted and to allow for maximal flexibility in matching queries submitted to the question-answering system with text segments processed by the extraction subsystem. As will be demonstrated below, this flexibility is crucial in the present context, where the aim is to match topic semantic models with message semantic models. Three examples of relations used in the KNOW-IT system follow.

**AFFL (affiliation)** - there is some sort of close relationship between the two concepts. For example, AFFL(Ken Shaw, Syracuse University) means that Ken Shaw is affiliated with Syracuse University.

21

ISA (is a) - the subject concept is a member of the set denoted by the object concept. For example, ISA(Bill Clinton, leader) means that Bill Clinton is a leader.

LOC (location) - the subject concept is found in the location denoted by the object concept. For example, LOC(Statue of Liberty, New York) means that the Statue of Liberty is located in New York.

The semantic model for a given topic statement essentially constitutes a releasability template for the topic statement. The major component of the topic model is the set of CRCs extracted from the enriched representation of the topic. These CRCs provide a very detailed and structured map of the meaning of the topic. This map can encompass exemplifications of the topic, explanations of the topic, paraphrasings of the topic, etc. The second component of the topic model is a tag denoting the classification level associated with the topic. Note that the more fine-grained these classification tags are, the more sensitive the releasability template will become. Given the topic semantic models and their associated classification tags, GUARD-IT's approach to boundary control is to compare these models against the representations of outgoing messages. If there is a match and if the classification level of the topic model exceeds that of the sender or the recipient, then the message is barred from release.

The classification of outgoing messages proceeds as follows. The original outgoing message will first be stored in a message database, so that there is a permanent audit trail. Then the message will be parsed for meta-information such as sender, receiver, and date of message issuance. After this, the sender's classification level and the receiver's classification level will be retrieved from a database. Next, the knowledge extractor will extract CRCs from the message. This set of CRCs comprises the structured, meaning representation corresponding to the message. Finally, this set of CRCs is compared with topic models on the basis of a similarity metric. There are three possible outcomes of this comparison.

(1.) If there is a topic model which exhibits a high degree of similarity with the message and whose classification level is above the clearance level of the sender or recipient, then the message is routed to a database of violating messages.

22

(2.)  If there is no topic model whose classification level is above the clearance level of the sender or recipient and whose similarity to the message is above a certain threshold value, then the message is routed to the recipient.

(3.)  In all other cases, the message is routed to the security officer for manual inspection.  The security officer will make a final determination about whether the content of the message indeed is at variance with security policy.  Messages which survive this manual inspection will then be routed to their destination.

Messages which must be manually inspected will be presented to the security officer in a manner which will permit efficient and effective determination about whether the messages violate security policy.  Messages which matched on a topic model but whose similarity score was in the middle region will be displayed as three parts.  The first part will be the topic corresponding to the topic model which matched the message, the second part will be the classification level associated with this topic, and the third part will be the text segment from the message which matched the model.  In most cases, this should be enough information for the security officer to make a decision.  If it is not, he can query for an explanation of why the message matched on the topic model, and a window will appear which shows the correspondence between the message and the topic model.

As an example of how messages will be matched against topic models, consider the topic statement 'Threat Force Organization: composition' (from the TRADOC Standard Scenario Security Classification Guide) and its descriptive example 'the enemy is composed of 2,600 tanks'.  In this case, 'tanks' and '2,600' would be generalized, respectively, to military hardware type and numeric concept type.  Accordingly, the meaning of the topic statement would be represented by three general concepts, viz. enemy type, military hardware type, and numeric concept type.  The structure of the topic statement would be represented by a network of semantic relations between these three concepts.  Given this representation of the topic statement, there would be a match between it and a message containing the text fragment 'Iraq

23

has 400 fighters', because 'Iraq', '400', and 'fighters' were respectively typed as an enemy concept, a numeric concept, and a military hardware concept.

A core element of the GUARD-IT system is the similarity metric, which assesses the degree of similarity between a topic model and the set of CRCs extracted from a message. The optimal formula for this metric will have to be determined by intensive training/testing of the system. Since it may be difficult to procure appropriate classification guides and military manuals, the system will be trained on newsgroup messages. More specifically, the system will be trained to distinguish between messages which are appropriate to a particular newsgroup and those which are not. Since there is a clear isomorphism between inappropriate newgroup postings and messages with classified content, a metric which can determine for a broad range of cases which messages are appropriate/inappropriate for a newsgroup should also reliably discriminate between classified and unclassified material.

To test the effectiveness with which GUARD-IT performs these tasks, a baseline and evaluation metrics are necessary. To obtain a baseline, TextWise LLC will procure a license to the Integralis MIMESweeper COTS product. This content-security software has many features, among them a keyword search engine which scans outgoing messages for "dirty words" and routes the message depending on what it finds. Since this is the current state-of-the-art in boundary control, it represents a suitable baseline for testing the GUARD-IT system. To conduct the test, topics from a classification guide will be entered into the MIMESweeper keyword list, and this same guide will be processed by the GUARD-IT system. The test will then be evaluated on the basis of the standard Information Retrieval evaluation metrics of precision and recall. The GUARD-IT system categorizes all outgoing messages into one of three classes: clear violation of the classification guide (BAD messages), clear non-violation of the classification guide (GOOD messages), and an "I don't know" category. Thus, the precision of the system would be the number of correctly classified messages in the GOOD and BAD categories divided by the number of messages in these two categories, and the recall of the system would be the number of correctly classified messages in the GOOD and BAD categories divided by the total number of messages in all three categories. These results can then be easily compared to the figures for the MIMESweeper system. The comparison of the results from the two systems will provide a clear

indication of whether and the extent to which GUARD-IT represents an advance over the current state of the art.

Since there is generally a trade-off between precision and recall (higher precision usually means lower recall and vice versa), the developers of GUARD-IT will explore the possibility of allowing the user to set the optimal precision/recall levels for a particular application of GUARD-IT. This would be a desirable feature, because the trade-off between precision and recall in this context is essentially a matter of striking a balance between work load and risk of disclosure. The lower the recall and the higher the precision, the more work for the security officer in reviewing messages in the "I don't know" category but the less risk that a BAD message will find its way beyond the guard. In the limiting case, the recall would be zero, and the "I don't know" category would include all messages. This would mean that the work load would not be reduced, but there is also no risk of disclosure (because a human has to review all documents).

After the security officer has reviewed a message in the "I don't know" category and made a determination about whether or not it violates the security policy, the message is copied to a special database. When this database is sufficiently large, a machine learning system is run over all of the records in the database and a decision tree is automatically constructed from these cases. The decision tree will consist of a set of rules for moving messages from the "I don't know" category into the GOOD and BAD categories. Two versions of the system can then be compared: one which uses the classification model and one which does not. It is hoped that in most cases the classification model will improve the recall and/or precision of the system, and thus, after several iterations of machine learning, the "I don't know" category will tend to shrink and the GOOD and BAD categories will tend to grow and contain fewer incorrect cases. This means that the machine learning component will not only tend to improve the precision/recall of the system; it will tend to make the system more automatic. As the "I don't know" category gets smaller and smaller, there will be less and less work for the security officer to do. Thus, the initial implementation of the system will become more fully automatic as a corpus of correctly categorized cases is acquired and fed back to the system. If the machine learning component of

GUARD-IT is sufficiently successful, the system will in fact transition from an interactive guard to a fully automated guard.

The machine learning system to be used in this project is the C4.5 program (Quinlan, 1993). This proven program constructs a classification model from a large range of prior cases. For example, when given a set of structured attribute-value pairs about Canadian contract negotiations in 1987-1988, the program can construct a procedure for classifying these cases into one of two categories: those that resulted in an acceptable contract and those that resulted in an unacceptable contract (Quinlan, 1993). The classification model constructed by C4.5 has the form of a decision tree. A decision tree is a graph (more precisely, a directed, acyclic graph (or DAG)), each of whose nodes contains a test to be applied to a case and each of whose leaves corresponds to a class to which a case is assigned. The cases from which C4.5 induces a decision tree consist of a set of attribute-value pairs and the class to which the case belongs. The assumption is that the attribute-value pairs explain/predict the membership of the case in the class. When given a sufficiently large number of cases, whose form has been antecedently specified, C4.5 will induce a decision tree which correctly classifies these cases and which predicts the class to which any new case will belong.

Before running C4.5 over a set of cases, it is essential to specify the form of the cases and the classes to which these cases are assigned. With regard to the envisioned project, the attribute-value pairs will relate to crucial properties of the semantic model of message and topic, and the classes will, of course, be the GOOD messages and the BAD messages. A priori, it is impossible to say which properties of semantic models will be most useful for explaining/predicting the inclusion of a case within a class. However, one property which suggests itself is the semantic classes of the concepts in CRCs. These semantic classes could take the form of the unique beginners the WordNet lexical database. The unique beginners are 24 high-level concepts which capture the very general meaning of common nouns. As for proper nouns, we anticipate using the proper noun categories assigned by the KNOW-IT document processing system. These categories number less than a dozen and include: geographic entity, affiliation, organization, and human. One advantage of using the abstract classes to which the concepts can be mapped rather than the concepts themselves is that there will not be a combinatorial explosion of cases.

26

*(2) System Design Overview:*

At the coarsest level, the GUARD-IT system consists of two components, the batch processing subsystem and the real-time processing subsystem. The batch processing sub-system consists of modules 1 through 9 on the GUARD-IT system diagram. The first task performed by this component of the system is to automatically index text segments from military manuals, statements of doctrine etc., so that relevant text segments can be retrieved by the DR-LINK information retrieval system. Once this task is completed, the batch processing subsystem extracts security classification topics from the security classification guides. These topics are then submitted as queries to the DR-LINK system. The text segments that are retrieved by DR-LINK are then input to the information extraction system, which outputs a semantic model for each topic. These topic models have the form of a set of concept-relation-concept triples, which specify the full, conceptual meaning of each topic (see the System Overview section for an example of a network of extracted concept-relation-concept triples). These representations are finally stored in the topic semantic model knowledge base.

The real-time processing subsystem consists of modules 10 through 20 on the GUARD-IT system diagram. This subsystem extracts a semantic representation of each outgoing message and compares it to the representations in the topic semantic model knowledge base. On the basis of this comparison, the message is categorized into one of three classes: 1) the message does not contain classified information, 2) the message contains classified information, and 3) it is not possible to determine whether the message contains classified information. Messages belonging to the first category will be passed to the POP mail server, and ones belonging to the second category will be routed to the rejected message database. Messages in the third category will be sent to the security officer for review. The security officer will then decide for each of these messages whether it belongs in the first or second category. Since all of the messages reviewed by the security officer have been manually categorized, these messages, along with a tag representing their category, will be input to the supervised learning module to improve the effectiveness of the GUARD-IT system.

1. Batch Processing Subsystem (to learn releasability model)

A collection of general military documents such as manuals and statements of doctrine (1.) are processed by the DR-LINK indexer (2.), which assigns a part-of-speech tag to each word, classifies each proper noun into a semantic category, and identifies concept boundaries. The DR-LINK indexer also creates a Database (3.) which contains the original texts together with the syntactic and semantic annotations generated by the DR-LINK indexer.

Security Classification Guides (4.) are processed by the Topic Parsing Semantic Tagger (5.), which extracts the concepts that make up the topics in the classification guide. The Topic Parsing Semantic Tagger also consults the WordNet lexical database to assign appropriate synset IDs to each component concept of the topic. This synset assignment process makes use of a sense disambiguation procedure. The topic representations are then passed to the DR-LINK Matcher (6.) The DR-LINK Matcher uses these topics as queries to retrieve relevant text segments from the DR-LINK Database. Furthermore, since the synsets associated with each topic provide alternative ways of phrasing the content in the query, they are used to expand the query representation of the topic.

The text segments retrieved from the DR-LINK Database will form the basis for the semantic model of the corresponding topic. This semantic model is constructed by running the Knowledge Extractor (8.) over the text segments. The Knowledge Extractor is a part of the KNOW-IT system, which converts naturally occurring texts into a knowledge representation which consists of sets of concept-relation-concept triples. This representation comprises the semantic model of the corresponding topic and is loaded into the Topic Semantic Model Knowledge Base (9.). This knowledge base can then be used in real time to classify each outgoing message.

2. Real-time Processing Subsystem

Every outgoing message (10.) is input to the real-time processing component of the GUARD-IT system. The first module in this subsystem is the Meta-Information Interpreter (11.), which parses messages into functional fields such as message sender, message recipient, sender's security clearance level, recipient's security clearance level, time stamp of the message, and other

administrative information.  These messages are then indexed on the basis of these functional fields and stored in the Outgoing Message Database (12.).  This database is used during the message classification process and also provides an audit trail of messages.  After this database is updated, the text field of each message is processed by the Knowledge Extractor (13.), which converts the text into the message semantic model.  It is important to note that the Knowledge Extractor incorporates the same design as the Knowledge Extractor (8.) used to generate the topic semantic models.  Using the same mechanism in both the Batch Processing Subsystem and the Real-time Processing Subsystem ensures that messages and topics with the same meaning will be represented with the same structure, even when they are phrased quite differently.

The message semantic model is then passed to the KNOW-IT matcher (14.), which assesses the similarity between this model and each of the topic semantic models.  The similarity measure will be based on the matching algorithm used in the question-answering subsystem of KNOW-IT, which matches query representations against representations extracted from sentences of newswire text.  If there is at least one topic model which exhibits a high degree of similarity with the message and whose classification level is above the clearance level of the sender or recipient, then the message is routed to the Rejected Message Database (19.) and treated according to the predefined policy.  If there is no topic model whose classification level is above the clearance level of the sender or recipient and whose similarity to the message is above a certain threshold value, then the message is routed to the POP mail server (15.) (these messages are considered to be Filtered Outgoing Messages (16.).  In all other cases, the message is routed to the Security Officer (20.) for review through the Message Inspector (18.).  The Message Inspector will display the message, the topic that matched this message, and an optional explanation of why the topic matched the message.  The Security Officer can review this information and determine whether the message violates the policy embodied in the security guide.  Messages which are deemed to violate established security policy are routed to the Rejected Message Database and later used for further improvement of the system.

Copies of messages which have been manually categorized by the Security Officer are sent to the Supervised Learner (17.), which is a machine learning subsystem.  The Supervised Learner will induce a classification model from this corpus of message copies, once it is sufficiently large,

29

and this classification model can then be used to improve the precision and/or recall of the system as a whole.

