# EXHIBIT K

I hereby certify that this correspondence is being deposited with the United States Postal Service as first class mail in an envelope addressed to:

Commissioner for Patents, USPTO
Attn: Office of Petitions
Crystal Plaza Four, Suite CP4-3C23
2201 South Clark Place
Arlington, VA 22202

On _9/26/03_

TOWNSEND and TOWNSEND and CREW LLP

By: _____

PATENT
Attorney Docket No.: 017704-001012US

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re application of:

Elizabeth D. Liddy

Application No.: 10/137,740

Filed: April 30, 2002

For: TECHNIQUES FOR CONTROLLING DISTRIBUTION OF INFORMATION FROM A SECURE DOMAIN

Art Unit: 2151

DECLARATION OF MICHAEL WEINER IN SUPPORT OF PETITION FOR FILING PATENT APPLICATION UNDER 37 CFR § 1.47(b): APPLICATION BY ASSIGNEE WHEN A SOLE INVENTOR REFUSES TO SIGN OR CANNOT BE FOUND

Commissioner for Patents, USPTO
Attn: Office of Petitions
Crystal Plaza Four, Suite CP4-3C23
2201 South Clark Place
Arlington, VA 22202

RECEIVED

OCT 0 1 2003

OFFICE OF PETITIONS

Sir:

I, Michael Weiner, declare as follows:

1. I am submitting this declaration in connection with the above-identified subject application in support of the Petition for Filing Patent Application Under 37 U.S.C. §1.47(b) when a sole inventor refuses to sign or cannot be found.

2. I was the Chairman of Textwise Company, LLC ("Textwise Company") at its founding and at the time Elizabeth D. Liddy, the sole inventor of the subject application, signed the Amended Employment Agreement executed between Textwise Company and Elizabeth D. Liddy (the "Amended Employment Agreement") (identified as Exhibit 3 attached to the Declaration of Technology Innovations).

Elizabeth D. Liddy  PATENT
Application No.: 10/137,740
Page 2

3. I executed the Amended Employment Agreement on behalf of Textwise Company. The signature that appears underneath the Textwise Company signature block in the Amended Employment Agreement is my signature.

4. In my capacity as the Chairman of Textwise Company, I had firsthand personal knowledge relating to projects that Textwise Company was engaged in, including the GUARD-IT project. The instant claimed invention as described in the subject application is based on the GUARD-IT project. The GUARD-IT project is further described in the Proposal attached as Exhibit 2 to the Declaration of Technology Innovations.

5. The GUARD-IT project as described in the Proposal was conceived, formulated and pursued by Textwise Company.

6. Elizabeth D. Liddy participated in the GUARD-IT project and made the instant claimed invention while employed by Textwise Company as an employee subject to the Amended Employment Agreement. Work performed by Elizabeth D. Liddy for Textwise Company pursuant to the Amended Employment Agreement included subject matter covered by the subject application and such work is governed by Section 6(c) of the Amended Employment Agreement.

7. As shown in Sections K and L of the Proposal, it is clear that the sole inventor, Elizabeth D. Liddy, of the subject application was an employee of Textwise Company.

PATENT

Elizabeth D. Liddy
Application No.: 10/137,740
Page 3

8. The undersigned declares further that all statements made herein of his own knowledge are true and that all statements made on information and belief are believed to be true and further that these statement made with the knowledge that willful false statements and the like so made are punishable by fine or imprisonment, or both, under Section 1001 of Title 18 of the United States Code and that such willful false statements may jeopardize the validity of the subject application or any patent issuing thereon.

Respectfully submitted,

Michael Weiner
Date: 9/24/03

TOWNSEND and TOWNSEND and CREW LLP
Two Embarcadero Center, 8th Floor
San Francisco, California 94111-3834
Tel: (415) 576-0200
Fax: (415) 576-0300
HHN
60043785 v1